B1 (Official Form 1)(04/13)

| United States Bankruptcy Court<br>Eastern District of New York | Voluntary Petition |
| --- | --- |

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Prime Six Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
| --- | --- |
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**DBA WOODLAND; DBA Foxglove** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>**27-2373853** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**1723 E 12th Street**<br>**4th Floor**<br>**Brooklyn, NY**<br>ZIP Code **11229** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Kings** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above):    **242 Flatbush Ave**<br>**Brooklyn, NY 11217** | |

| Type of Debtor<br>(Form of Organization) (Check one box) | Nature of Business<br>(Check one box) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) |
| --- | --- | --- |
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>■ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>■ Other | ☐ Chapter 7<br>☐ Chapter 9<br>■ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13      ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding |

| Chapter 15 Debtors | Tax-Exempt Entity<br>(Check box, if applicable) | Nature of Debts<br>(Check one box) |
| --- | --- | --- |
| Country of debtor's center of main interests:<br><br>Each country in which a foreign proceeding by, regarding, or against debtor is pending: | ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."      ■ Debts are primarily business debts. |

| Filing Fee (Check one box) | Chapter 11 Debtors |
| --- | --- |
| ■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

| Statistical/Administrative Information | THIS SPACE IS FOR COURT USE ONLY |
| --- | --- |
| ■ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| ☐ 1-49 | ■ 50-99 | ☐ 100-199 | ☐ 200-999 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☐ OVER 100,000 |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |

Estimated Assets

| ☐ $0 to $50,000 | ■ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |

Estimated Liabilities

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ■ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |

| **Voluntary Petition**<br><br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Prime Six Inc.** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:   **- None -** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

<table>
<tr>
<td><b>Exhibit A</b><br><br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition.</td>
<td><b>Exhibit B</b><br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X_____<br>   Signature of Attorney for Debtor(s)        (Date)</td>
</tr>
</table>

| **Exhibit C** |
|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?<br><br>  ☐ Yes, and Exhibit C is attached and made a part of this petition.<br><br>  ■ No. |

| **Exhibit D** |
|---|
| (To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)<br><br>  ☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.<br><br>If this is a joint petition:<br><br>  ☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition. |

| **Information Regarding the Debtor - Venue**<br>(Check any applicable box) |
|---|
| ■    Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br><br>☐    There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.<br><br>☐    Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District. |

| **Certification by a Debtor Who Resides as a Tenant of Residential Property**<br>(Check all applicable boxes) |
|---|
| ☐    Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)<br><br>        _____<br>        (Name of landlord that obtained judgment)<br><br><br>        _____<br>        (Address of landlord)<br><br>☐    Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and<br><br>☐    Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.<br><br>☐    Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)). |

Case 1-15-42334-cec    Doc 1    Filed 05/20/15    Entered 05/20/15 15:12:27

B1 (Official Form 1)(04/13) Page 3

# Voluntary Petition

*(This page must be completed and filed in every case)*

Name of Debtor(s):
**Prime Six Inc.**

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X **/s/ Alla Kachan**
Signature of Attorney for Debtor(s)

**Alla Kachan 4244281**
Printed Name of Attorney for Debtor(s)

**Law Offices Of Alla Kachan, P.C.**
Firm Name

**415 Brighton Beach Avenue**
**2nd Floor**
**Brooklyn, NY 11235**

Address

**Email: alla@kachanlaw.com**
**(718) 513-3145  Fax: (347) 342-3156**
Telephone Number

**May 20, 2015**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Akiva Ofshtein**
Signature of Authorized Individual

**Akiva Ofshtein**
Printed Name of Authorized Individual

**president**
Title of Authorized Individual

**May 20, 2015**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrupcty petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Eastern District of New York

In re    **Prime Six Inc.**                                 Case No. _____

                                           Debtor(s)          Chapter      **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Aramark Uniform Services**<br>**1101 Market Street**<br>**Philadelphia, PA 19107** | **Aramark Uniform Services**<br>**1101 Market Street**<br>**Philadelphia, PA 19107** | **Vendor** | | **13,162.27** |
| **Bank Direct Capital Finan**<br>**1010 Franklin Avenue**<br>**Ste 406**<br>**Garden City, NY 11530** | **Bank Direct Capital Finan**<br>**1010 Franklin Avenue**<br>**Ste 406**<br>**Garden City, NY 11530** | **Business Debt** | | **8,441.58** |
| **Brooklyn Nets, LLC**<br>**f/k/a New Jersey Basketba**<br>**15 Metro Tech Center,11Fl**<br>**Attn.:Jeffrey B. Gewirtz**<br>**Brooklyn, NY 11201** | **Brooklyn Nets, LLC**<br>**f/k/a New Jersey Basketba**<br>**15 Metro Tech Center,11Fl**<br>**Brooklyn, NY 11201** | **Breach of the contract** | | **52,800.00** |
| **Dairyland USA Corp.**<br>**1300 Viele Avenue**<br>**Bronx, NY 10474** | **Dairyland USA Corp.**<br>**1300 Viele Avenue**<br>**Bronx, NY 10474** | **Vendor** | | **13,229.60** |
| **DeBragga&Spitler Inc.**<br>**c/o Heitner & Breitstein**<br>**26 Court Street**<br>**Brooklyn, NY 11242** | **DeBragga&Spitler Inc.**<br>**c/o Heitner & Breitstein**<br>**26 Court Street**<br>**Brooklyn, NY 11242** | **Vendor** | | **14,528.78** |
| **Domaine Select Merchants**<br>**555 8th Avenue**<br>**Suite 2302**<br>**New York, NY 10018** | **Domaine Select Merchants**<br>**555 8th Avenue**<br>**Suite 2302**<br>**New York, NY 10018** | **Vendor** | | **6,053.61** |
| **Endicott Meats**<br>**355 Food Center Drive**<br>**B23**<br>**Bronx, NY 10474** | **Endicott Meats**<br>**355 Food Center Drive**<br>**B23**<br>**Bronx, NY 10474** | **Vendor** | | **8,023.93** |
| **Fang Realty, Corp.**<br>**200 Sterling Place**<br>**#A**<br>**Brooklyn, NY 11238** | **Fang Realty, Corp.**<br>**200 Sterling Place**<br>**#A**<br>**Brooklyn, NY 11238** | **Landlord** | | **200,000.00** |
| **IRS**<br>**2 METROTECH CENTER**<br>**Brooklyn, NY 11201** | **IRS**<br>**2 METROTECH CENTER**<br>**Brooklyn, NY 11201** | **940,941** | | **341,469.68** |
| **ISG Capital, INC**<br>**24 W. Hamilton Avenue**<br>**Englewood, NJ 07631** | **ISG Capital, INC**<br>**24 W. Hamilton Avenue**<br>**Englewood, NJ 07631** | **Business Loan** | | **245,000.00** |

B4 (Official Form 4) (12/07) - Cont.

In re   **Prime Six Inc.**              Case No. _____

                       Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| Lobster Place<br>531-533 Bryant Avenue<br>Bronx, NY 10474 | Lobster Place<br>531-533 Bryant Avenue<br>Bronx, NY 10474 | Vendor | | 7,072.13 |
| Merchants Capital Access<br>525 Broad Hollow Rd<br>Melville, NY 11747 | Merchants Capital Access<br>525 Broad Hollow Rd<br>Melville, NY 11747 | Business Debt | | 150,000.00 |
| NY State Dept of Tax&Fin<br>WA Harriman Campus<br>Albany, NY 12227-0001 | NY State Dept of Tax&Fin<br>WA Harriman Campus<br>Albany, NY 12227-0001 | Sales Tax | | 287,694.80 |
| NYS Dept of Tax and Fin<br>W A HarrimanCampus<br>Albany, NY 12227-0001 | NYS Dept of Tax and Fin<br>W A HarrimanCampus<br>Albany, NY 12227-0001 | Witholding Taxes | | 111,124.28 |
| Perfomance Foodservice<br>1 Ikea Drive<br>Elizabeth, NJ 07207 | Perfomance Foodservice<br>1 Ikea Drive<br>Elizabeth, NJ 07207 | Vendor | | 7,000.00 |
| Piccinini Brothers, Inc.<br>633 Ninth Avenue<br>New York, NY 10036 | Piccinini Brothers, Inc.<br>633 Ninth Avenue<br>New York, NY 10036 | Vendor | | 5,899.98 |
| Priority Payment System<br>PO Box 246<br>Alpharetta, GA 30009 | Priority Payment System<br>PO Box 246<br>Alpharetta, GA 30009 | Business Debt | | 50,000.00 |
| Sid Wainer & Son<br>PO Box 50240<br>New Bedford, MA 02746 | Sid Wainer & Son<br>PO Box 50240<br>New Bedford, MA 02746 | Vendor | | 5,877.34 |
| Sysco<br>199 Lowell Avenue<br>Central Islip, NY 11722 | Sysco<br>199 Lowell Avenue<br>Central Islip, NY 11722 | | | 6,306.29 |
| Tom Cat Bakery, Inc.<br>c/o STEPHEN EINSTEIN ESQ<br>20 VESEY ST RM 1406<br>New York, NY 10007 | Tom Cat Bakery, Inc.<br>c/o STEPHEN EINSTEIN ESQ<br>20 VESEY ST RM 1406<br>New York, NY 10007 | Vendor | | 8,900.00 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the president of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date   **May 20, 2015**           Signature   **/s/ Akiva Ofshtein**

                                                    **Akiva Ofshtein**
                                                    **president**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

B6 Summary (Official Form 6 - Summary) (12/14)

.

# United States Bankruptcy Court

## Eastern District of New York

In re   **Prime Six Inc.**        ,       Case No. _____

                  Debtor

Chapter _____**11**_____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 4 | 58,717.00 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 0.00 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 2 | | 744,293.74 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 13 | | 873,648.09 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 23 | | | |
| Total Assets | | | 58,717.00 | | |
| Total Liabilities | | | | 1,617,941.83 | |

.

# United States Bankruptcy Court

## Eastern District of New York

In re     **Prime Six Inc.**                               ,     Case No. _____

                                                     Debtor         Chapter _____ **11** _____

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

    ☐   Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 12) | |
| Average Expenses (from Schedule J, Line 22) | |
| Current Monthly Income (from Form 22A-1 Line 11; OR, Form 22B Line 14; OR, Form 22C-1 Line 14 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6A (Official Form 6A) (12/07)

.

In re    **Prime Six Inc.**                                             ,    Case No. _____

                                        Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **None** | | | | |

| | | | |
|---|---|---|---|
| | Sub-Total > | **0.00** | (Total of this page) |
| | Total > | **0.00** | |
| | (Report also on Summary of Schedules) | | |

\_\_**0**\_\_ continuation sheets attached to the Schedule of Real Property

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

B6B (Official Form 6B) (12/07)

In re **Prime Six Inc.**                                                ,     Case No. _____
                                        Debtor

## SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.  Cash on hand | | **Cash on Cash Register** | - | **300.00** |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Checking Account at AlmaBank #****3278** | - | **500.00** |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | | **Security Deposit with Landlord** | - | **46,917.00** |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | X | | | |
| 7.  Furs and jewelry. | X | | | |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >       **47,717.00**
(Total of this page)

  **3**   continuation sheets attached to the Schedule of Personal Property

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                                                                Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re  **Prime Six Inc.**
                                                          ,          Case No. _____
                              Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |

Sub-Total >          **0.00**
(Total of this page)

Sheet __1__ of __3__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **Prime Six Inc.**                                              ,    Case No. _____
                                        Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | **Kitchen equipment, fixtures and supplies**<br>**242 Flatbush Ave**<br>**Brooklyn, NY 11217** | - | **5,000.00** |
| | | **Music, audio, video and light equipment**<br>**242 Flatbush Ave**<br>**Brooklyn, NY 11217** | - | **1,000.00** |
| | | **POS System**<br>**242 Flatbush Ave**<br>**Brooklyn, NY 11217** | - | **2,000.00** |
| 30. Inventory. | | **Food and Beverage**<br>**242 Flatbush Ave**<br>**Brooklyn, NY 11217** | - | **3,000.00** |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |

Sub-Total >          **11,000.00**
(Total of this page)

Sheet __2__ of __3__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re   **Prime Six Inc.**                                ,      Case No. _____

                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  |  |
|---|---|
| Sub-Total > | **0.00** |
| (Total of this page) | |
| Total > | **58,717.00** |

Sheet  **3**  of  **3**  continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

B6D (Official Form 6D) (12/07)

In re  **Prime Six Inc.**                                              ,    Case No. _____
                              Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

■ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| __0__ continuation sheets attached | | | Subtotal (Total of this page) | | | | | |
| | | | Total (Report on Summary of Schedules) | | | | 0.00 | 0.00 |

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

B6E (Official Form 6E) (4/13)

.

In re    **Prime Six Inc.**
_____,    Case No. _____
                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts _not_ entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

_* Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment._

_1_    continuation sheets attached

B6E (Official Form 6E) (4/13) - Cont.

In re **Prime Six Inc.**                                                                        ,     Case No. _____

Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. **27-2373853** <br><br> **IRS** <br> **2 METROTECH CENTER** <br> **Brooklyn, NY 11201** | - | | **2012-2013** <br><br> **940,941** | | | | **341,469.68** | **0.00** | **341,469.68** |
| Account No. **L-042359635-5** <br><br> **NY State Dept of Tax&Fin** <br> **WA Harriman Campus** <br> **Albany, NY 12227-0001** | - | | **Sales Tax** | | | | **287,694.80** | **0.00** | **287,694.80** |
| Account No. **L-039184011-5** <br><br> **NY State Dept of Tax&Fin** <br> **WA Harriman Campus** <br> **Albany, NY 12227-0001** | - | | **Corp. taxes** | | | | **207.05** | **0.00** | **207.05** |
| Account No. **L-042359635-5** <br><br> **NYS Dept of Tax and Fin** <br> **W A HarrimanCampus** <br> **Albany, NY 12227-0001** | - | | **Witholding Taxes** | | | | **111,124.28** | **0.00** | **111,124.28** |
| Account No. **08-50205 2** <br><br> **NYS Dept.OF Labor** <br> **PO Box 15012** <br> **Albany, NY 12212** | - | | **2014/09/30** <br><br> **L039695162, L040680883** | | | | **3,797.93** | **0.00** | **3,797.93** |

Sheet __1__ of __1__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | 0.00 | |
| | **744,293.74** | **744,293.74** |
| Total (Report on Summary of Schedules) | 0.00 | |
| | **744,293.74** | **744,293.74** |

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com

B6F (Official Form 6F) (12/07)

In re  **Prime Six Inc.**                                                      ,        Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H | W J | C | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Account No. **Woodland**<br><br>**A. Stern Meat Product**<br>**5600 First Avenue**<br>**Build. B**<br>**Brooklyn, NY 11220** | | - | | | Vendor | | | | **Unknown** |
| Account No. **049068/13**<br><br>**ACE  Endico Corp.**<br>**c/o Darren J. Epstein, Es**<br>**254 South Main Street**<br>**Suite 406**<br>**New City, NY 10956** | | - | | | Vendor | | | | **4,397.70** |
| Account No. **Woodland**<br><br>**All in One Entertainment**<br>**96-20 Atlantic Avenue**<br>**2nd Floor**<br>**Kew Gardens, NY 11415** | | - | | | Vendor | | | | **805.00** |
| Account No. **Woodland**<br><br>**Amy's Bread**<br>**75 Ninth Avenue**<br>**15th Street**<br>**New York, NY 10011** | | - | | | Vendor | | | | **310.56** |

___12___  continuation sheets attached

Subtotal<br>(Total of this page)    **5,513.26**

B6F (Official Form 6F) (12/07) - Cont.

In re __**Prime Six Inc.**_____,    Case No. _____
                                      Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **792536670** <br><br> **Aramark Uniform Services** <br> **1101 Market Street** <br> **Philadelphia, PA 19107** | - | | Vendor | | | | 13,162.27 |
| Account No. <br><br> **Badlor Specialty Foods** <br> **c/o Law Office of A.Squir** <br> **475 Main Street** <br> **Suite 1F** <br> **Farmingdale, NY 11735** | - | | Vendor | | | | 5,539.08 |
| Account No. **242685** <br><br> **Bank Direct Capital Finan** <br> **1010 Franklin Avenue** <br> **Ste 406** <br> **Garden City, NY 11530** | - | | Business Debt | | | | 8,441.58 |
| Account No. **12594** <br><br> **Bartlett Dairy, Inc.** <br> **105-03 150th Street** <br> **Jamaica, NY 11435** | - | | Vendor | | | | 313.05 |
| Account No. **Woodland** <br><br> **Bien Cuit** <br> **120 Smith Street** <br> **Brooklyn, NY 11201** | - | | Vendor | | | | 1,072.10 |

Sheet no. _**1**___ of _**12**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

28,528.08

B6F (Official Form 6F) (12/07) - Cont.

In re   **Prime Six Inc.**                                                          ,        Case No. _____
                                         Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **WOO013** | | Vendor | | | | | | |
| **Borax Paper Products, Inc 1390 Spofford Avenue Bronx, NY 10474** | - | | | | | | | 3,110.44 |
| Account No. | | Vendor | | | | | | |
| **Brooklyn Brewery 79 North 11th Street Brooklyn, NY 11249** | - | | | | | | | 237.93 |
| Account No. | | Breach of the contract | | | | | | |
| **Brooklyn Nets, LLC f/k/a New Jersey Basketba 15 Metro Tech Center,11Fl Attn.:Jeffrey B. Gewirtz Brooklyn, NY 11201** | - | | | | | | | 52,800.00 |
| Account No. **7047937730** | | Overdraft Charge | | | | | | |
| **Capital One Deposit Recovery Dptmt PO Box 259360 Plano, TX 75025** | - | | | | | | | 2,361.41 |
| Account No. | | Business Debt | | | | | | |
| **CCAuthiriz Paisanos Prov 162 Smith Street Brooklyn, NY 11201** | - | | | | | | | Unknown |

Sheet no. __**2**__ of __**12**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **58,509.78**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Prime Six Inc.**                                              ,                    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **Woodland** | | | | | Vendor | | | | |
| Chif Fire prevention 10 West Broad Street Mount Vernon, NY 10552 | - | | | | | | | | 257.89 |
| Account No. **Woodld** | | | | | Vendor | | | | |
| D'Artagnan 280 Wilson Avenue Newark, NJ 07105 | - | | | | | | | | 2,248.41 |
| Account No. | | | | | Vendor | | | | |
| Dairyland USA Corp. 1300 Viele Avenue Bronx, NY 10474 | - | | | | | | | | 13,229.60 |
| Account No. **10840/13** | | | | | Vendor | | | | |
| DeBragga&Spitler Inc. c/o Heitner & Breitstein 26 Court Street Brooklyn, NY 11242 | - | | | | | | | | 14,528.78 |
| Account No. | | | | | Vendor | | | | |
| Domaine Select Merchants 555 8th Avenue Suite 2302 New York, NY 10018 | - | | | | | | | | 6,053.61 |

Sheet no. __3__ of __12__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

36,318.29

B6F (Official Form 6F) (12/07) - Cont.

In re    **Prime Six Inc.**                                                    ,    Case No. _____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Dutch Girl Cheese**<br>**PO Box 199**<br>**Leonardsville, NY 13364** | - | | Vendor | | | | 698.12 |
| Account No. **10235828**<br><br>**Ecolab**<br>**PO Box 905327**<br>**Charlotte, NC 28290** | - | | Cleaning product supplies | | | | 3,196.80 |
| Account No. **woo242**<br><br>**Endicott Meats**<br>**355 Food Center Drive**<br>**B23**<br>**Bronx, NY 10474** | - | | Vendor | | | | 8,023.93 |
| Account No. **011248036H**<br><br>**Environmental Control Boa**<br>**PO Box 2307**<br>**Peck Slip Station** | - | | Violation ticket | | | | 2,000.00 |
| Account No.<br><br>**Fang Realty, Corp.**<br>**200 Sterling Place**<br>**#A**<br>**Brooklyn, NY 11238** | - | | Landlord | | | | 200,000.00 |

Sheet no. __4__ of __12__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

213,918.85

B6F (Official Form 6F) (12/07) - Cont.

In re    **Prime Six Inc.** _____,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **410900245**<br><br>**FedEx**<br>**c/o Slater. Tenaglia, Fri**<br>**PO Box 5476**<br>**Mount Laurel, NJ 08054** | - | | Business Debt | | | | 673.06 |
| Account No. **woodland**<br><br>**Fossil Farms**<br>**81 Fulton Street**<br>**Boonton, NJ 07005** | - | | vendor | | | | 771.74 |
| Account No. **woodland**<br><br>**Go Fresh Produce**<br>**162-08 91st Street**<br>**Howard Beach, NY 11414** | - | | Vendor | | | | 1,234.65 |
| Account No.<br><br>**Integrity Payment System**<br>**1700 W. Higgins Road**<br>**Suite 690**<br>**Des Plaines, IL 60018** | - | | Business Debt | | | | Unknown |
| Account No. **WOODL00**<br><br>**Intellig Roasting & Tea**<br>**1850 West Fulton Street**<br>**Chicago, IL 60612** | - | | Vendor | | | | 1,635.39 |

Sheet no. __5__ of __12__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **4,314.84**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Prime Six Inc.**                                        ,        Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | J C | | | | | |
| Account No. | | | - | | Business Loan | | | | |
| **ISG Capital, INC** **24 W. Hamilton Avenue** **Englewood, NJ 07631** | | | | | | | | | 245,000.00 |
| Account No. | | | - | | Bounced check | | | | |
| **Kingston Check Cashing Co** **1103 Quentin Road** **Brooklyn, NY 11229** | | | | | | | | | 961.78 |
| Account No.  **WOOLAN** | | | - | | Vendor | | | | |
| **Lobster Place** **531-533 Bryant Avenue** **Bronx, NY 10474** | | | | | | | | | 7,072.13 |
| Account No.  **207963d25** | | | - | | Vendor | | | | |
| **M. Tucker** **1200 Madison Avenue** **Paterson, NJ 07503** | | | | | | | | | 416.91 |
| Account No. | | | - | | | | | | |
| **Magnifique Cleaning Ser** **461 Wayne Street** **Floor 2** **Jersey City, MA 02306** | | | | | | | | | 1,306.54 |

Sheet no. __6__ of __12__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

254,757.36

B6F (Official Form 6F) (12/07) - Cont.

In re  **Prime Six Inc.** ,                                      Case No. _____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | |
| Account No. **MC150116041** | | | | | Business Debt | | | | |
| **Merchants Capital Access 525 Broad Hollow Rd Melville, NY 11747** | - | | | | | | | | 150,000.00 |
| Account No. **MC130808046** | | | | | Business Debt | | | | |
| **Merchants Capital Access 525 Broad Hollow Rd # 200 Melville, NY 11747** | - | | | | | | | | **Unknown** |
| Account No. **RW1646** | | | | | | | | | |
| **MHW LTD 1129 Northern Blvd Suite 410 Manhasset, NY 11030** | - | | | | | | | | 1,553.52 |
| Account No. **10753** | | | | | Vendor | | | | |
| **Michael Skurnik Wines PO Box 1315 Syosset, NY 11791** | - | | | | | | | | 2,860.00 |
| Account No. **127011221** | | | | | | | | | |
| **Network Services Company 1805 Momentum Place Chicago, IL 60689** | - | | | | | | | | 1,345.45 |

Sheet no. __7___ of __12__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

155,758.97

B6F (Official Form 6F) (12/07) - Cont.

In re  **Prime Six Inc.**                                        ,        Case No. _____
                                      Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **41612180** | | | | | | | | |
| NYCity Health Deptmnt 295 Flatbush Ave Ext Brooklyn, NY 11201 | - | | | | | | | 1,120.00 |
| Account No. **WOODLAND** | | | | | | | | |
| On Hold Marketing 52 Main Street S-3 Succasunna, NJ 07876 | - | | | | | | | 1,199.25 |
| Account No. **55621** | | Vendor | | | | | | |
| Opici Wine Group 25 Deboer Drive Glen Rock, NJ 07452 | - | | | | | | | 1,780.78 |
| Account No. **51122100** | | Vendor | | | | | | |
| Paper Enterprises, Inc. 770 East 132nd Street Bronx, NY 10454 | - | | | | | | | 338.47 |
| Account No. | | Vendor | | | | | | |
| Perfomance Foodservice 1 Ikea Drive Elizabeth, NJ 07207 | - | | | | | | | 7,000.00 |

Sheet no. __8__ of __12__ sheets attached to Schedule of              Subtotal          | 11,438.50
Creditors Holding Unsecured Nonpriority Claims                 (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re    **Prime Six Inc.**                                          ,          Case No. _____
                                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Piccinini Brothers, Inc.** <br> **633 Ninth Avenue** <br> **New York, NY 10036** | - | | Vendor | | | | 5,899.98 |
| Account No. **Woodland** <br><br> **Pipe Dream** <br> **857 Union Street** <br> **2-c** <br> **Brooklyn, NY 11215** | - | | | | | | 517.14 |
| Account No. **554402000149997** <br><br> **Priority Payment System** <br> **PO Box 246** <br> **Alpharetta, GA 30009** | - | | Business Debt | | | | 50,000.00 |
| Account No. <br><br> **Samuels & Son Seafood, Co** <br> **c/o Saldutti LLC** <br> **800 N. Kings Highway** <br> **Suite 300** <br> **Cherry Hill, NJ 08034** | - | | Vendor | | | | 3,400.00 |
| Account No. **Woodland** <br><br> **Satur Farms** <br> **3705 Alvahs Lane** <br> **Cutchogue, NY 11935** | - | | Vendor | | | | 1,976.00 |

Sheet no. __9__ of __12__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

61,793.12

B6F (Official Form 6F) (12/07) - Cont.

In re   **Prime Six Inc.**                                                                          ,      Case No. _____
                                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Woodland**<br><br>**Sea Creast Linen**<br>**46 Crown Street**<br>**Brooklyn, NY 11225** | - | | | | | | 2,938.33 |
| Account No. **Woodland**<br><br>**Sid Wainer & Son**<br>**PO Box 50240**<br>**New Bedford, MA 02746** | - | | Vendor | | | | 5,877.34 |
| Account No.<br><br>**Super PC System, Inc.**<br>**78 Bay 50 Street**<br>**1st Floor**<br>**Brooklyn, NY 11214** | - | | Business Debt | | | | **Unknown** |
| Account No. **58750**<br><br>**Sysco**<br>**199 Lowell Avenue**<br>**Central Islip, NY 11722** | - | | | | | | 6,306.29 |
| Account No. **Woodland**<br><br>**The Cousins Fish Market**<br>**75 Bennington Avenue**<br>**Freeport, NY 11520** | - | | Vendor | | | | 5,616.84 |

Sheet no. __10__ of __12__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**20,738.80**

B6F (Official Form 6F) (12/07) - Cont.

In re **Prime Six Inc.**                                                      ,        Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **010410/14** | | | Vendor | | | | | |
| The Lobster Place, Inc. 75 Ninth Avenue New York, NY 10011 | - | | | | | | | 5,291.00 |
| Account No. | | | | | | | | |
| The Pay-O-Matic Corp. 160 Oak Drive Syosset, NY 11791 | - | | | | | | | 800.00 |
| Account No. | | | Vendor | | | | | |
| Tom Cat Bakery, Inc. c/o STEPHEN EINSTEIN ESQ 20 VESEY ST RM 1406 New York, NY 10007 | - | | | | | | | 8,900.00 |
| Account No. | | | Business Debt | | | | | |
| TransFirst 12202 Airport Way Suite 100 Broomfield, CO 80021 | - | | | | | | | Unknown |
| Account No. | | | Vendor | | | | | |
| USA Wine Imports 285 West Broadway Suite 340 New York, NY 10013 | - | | | | | | | 1,232.02 |

Sheet no. _**11**_ of _**12**_ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)           **16,223.02**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Prime Six Inc.**                                          ,        Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **19103312** | | | | Utility Service Charge | | | | |
| **Verizon**<br>**PO Box 1100**<br>**Brooklyn, NY 11225-0001** | - | | | | | | | 556.37 |
| Account No. | | | | | | | | |
| **Warwick Valley Wine**<br>**PO Box 354**<br>**Warwick, NY 10990** | - | | | | | | | 180.00 |
| Account No. **WWC3027362** | | | | | | | | |
| **Wesco Insurance Company**<br>**c/o Corporate Invest Bure**<br>**555 North Pleasant Dr**<br>**Greenville, SC 29607** | - | | | | | | | 2,887.00 |
| Account No. **48787855** | | | | | | | | |
| **Western Pest Services**<br>**483 10th Avenue**<br>**S-100**<br>**New York, NY 10018** | - | | | | | | | 591.47 |
| Account No. **6037686** | | | | | | | | |
| **Winebow**<br>**PO Box 416663**<br>**Boston, MA 02241** | - | | | | | | | 1,620.38 |

Sheet no. __12__ of __12__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal<br>(Total of this page) | 5,835.22 |
| Total<br>(Report on Summary of Schedules) | 873,648.09 |

B6G (Official Form 6G) (12/07)

.

In re     **Prime Six Inc.**                             ,     Case No. _____

Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

      Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
| --- | --- |
| **Fang Realty, Corp.**<br>**200 Sterling Place**<br>**#a**<br>**Brooklyn, NY 11238** | **Rent of building located at 242 Flatbush Ave**<br>**Brooklyn, NY 11217** |

  **0**

\_\_\_\_\_ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

B6H (Official Form 6H) (12/07)

.

In re    **Prime Six Inc.**                                                          ,        Case No. _____
                                                                        Debtor

# SCHEDULE H - CODEBTORS

    Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed
by debtor in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state,
commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or
Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of
any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.  Include all names used
by the nondebtor spouse during the eight years immediately preceding the commencement of this case.  If a minor child is a codebtor or a creditor,
state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not
disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|

**0**
_____ continuation sheets attached to Schedule of Codebtors

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Eastern District of New York

In re  **Prime Six Inc.**

Debtor(s)

Case No. _____

Chapter  **11**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

      I, the president of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___**25**___ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date  **May 20, 2015**

Signature  **/s/ Akiva Ofshtein**

**Akiva Ofshtein**
**president**

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

B7 (Official Form 7) (04/13)

# United States Bankruptcy Court
## Eastern District of New York

In re    **Prime Six Inc.**                                Case No.                        
                                  Debtor(s)                         Chapter     **11**

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### *DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any persons in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(2), (31).

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$-340,553.00** | **2013:** |
| **$-687,923.00** | **2012:** |

---

**2. Income other than from employment or operation of business**

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

                AMOUNT                       SOURCE

B7 (Official Form 7) (04/13)
2

### 3. Payments to creditors

**None** ■

***Complete a. or b., as appropriate, and c.***

    a.   *Individual or joint debtor(s) with primarily consumer debts:*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

**None** ■

    b.   *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $6,225*. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

**None** ■

    c.   *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

### 4. Suits and administrative proceedings, executions, garnishments and attachments

**None** ☐

    a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **ACE ENDICO CORP vs. PRIME SIX INC. CV-049068-13/KI** | **Civil** | **Kings County Civil Court 360 Adams Street Brooklyn, NY 11201** | **Disposed** |
| **DAIRYLAND USA CORP vs. PRIME SIX INC, DBA WOODLAND CV-032514-12/KI** | **Civil** | **Kings Civil Supreme 360 Adams Street Brooklyn, NY 11201** | **Disposed** |
| **TOM CAT BAKERY INC vs. PRIME SIX INC CV-057227-13/KI** | **Civil** | **Kings County Civil Court 360 Adams Street Brooklyn, NY 11201** | **Disposed** |
| **Samuels & Sons Seafood Co., Inc., vs. Robert Petrosyants and Prime Six, Inc. Docket # DC-012543-13** | **Civil** | **Superior Court of New Jersey Law Division - Special Civil Part Bergen County** | **Disposed** |
| **Fang Realty Corp. vs. Prime Six Inc. D/B/A Woodland Restaurant 72574/13** | **Civil** | **Kings Civil Supreme 360 Adams Street Brooklyn, NY 11201** | |

*Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

B7 (Official Form 7) (04/13)
3

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **CONSOLIDATED EDISON COMPANY OF NEW YORK INC vs. PRIME SIX INC RE-406509-14/KI** | **Civil** | **Kings Civil Supreme 360 Adams Street Brooklyn, NY 11201** | **Active** |
| **CONSOLIDATED EDISON COMPANY OF N.Y., INC vs. PRIME SIX INC RE-410104-13/KI** | **Civil** | **Kings Civil Supreme 360 Adams Street Brooklyn, NY 11201** | **Active** |
| **CONSOLIDATED EDISON COMPANY OF N.Y., INC vs. PRIME SIX INC RE-414309-13/KI** | **Civil** | **Kings Civil Supreme 360 Adams Street Brooklyn, NY 11201** | **Active** |
| **CONSOLIDATED EDISON COMPANY OF NEW YORK INC vs. PRIME SIX INC RE-418701-14/KI** | **Civil** | **Kings Civil Supreme 360 Adams Street Brooklyn, NY 11201** | **Active** |
| **CONSOLIDATED EDISON COMPANY OF NEW YORK INC vs. PRIME SIX INC RE-400656-15/KI** | **Civil** | **Kings Civil Supreme 360 Adams Street Brooklyn, NY 11201** | **Active** |
| **TOM CAT BAKERY INC vs. PRIME SIX INC CV-057227-13/KI** | **Civil** | **Kings Civil Supreme 360 Adams Street Brooklyn, NY 11201** | **Disposed** |
| **DE BRAGGA & SPITLER INC vs. PRIME SIX, INC., aka WOODLAND CV-010840-13/NY** | **Civil** | **Kings Civil Supreme 360 Adams Street Brooklyn, NY 11201** | **Disposed** |
| **THE LOBSTER PLACE, INC vs. PRIME SIX INC., DBA WOODLAND CV-010410-14/KI** | **Civil** | **Kings Civil Supreme 360 Adams Street Brooklyn, NY 11201** | **Disposed** |
| **BROOKLYN UNION GAS COMPANY, DBA NATIONAL GRID NEW YORK vs. PRIME SIX, INC RE-408706-13/KI** | **Civil** | **Kings Civil Supreme 360 Adams Street Brooklyn, NY 11201** | **Active** |
| **ARROW LINEN SUPPLY CO INC vs. PRIME SIX INC, D/B/A PRIME SIX, D/B/A WOODLAND CV-054040-14/KI** | **Civil** | **Kings Civil Supreme 360 Adams Street Brooklyn, NY 11201** | **Active** |
| **BROOKLYN UNION GAS COMPANY, DBA NATIONAL GRID NEW YORK vs. PRIME SIX, INC RE-401738-14/KI** | **Civil** | **Kings County Civil Court 360 Adams Street Brooklyn, NY 11201** | **Active** |
| **BROOKLYN UNION GAS COMPANY, DBA NATIONAL GRID NEW YORK vs. PRIME SIX, INC RE-418701-14/KI** | **Civil** | **Kings County Civil Court 360 Adams Street Brooklyn, NY 11201** | **Active** |
| **GO FRESH PRODUCE LLC vs. PRIME SIX INC, DBA WOODLAND CV-010480-15/QU** | **Civil** | **Kings County Civil Court 360 Adams Street Brooklyn, NY 11201** | **Active** |

None
■

b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED          DATE OF SEIZURE          DESCRIPTION AND VALUE OF PROPERTY

B7 (Official Form 7) (04/13)
4

**5. Repossessions, foreclosures and returns**

None
■ List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**6. Assignments and receiverships**

None
■ a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None
■ b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

**7. Gifts**

None
■ List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

**8. Losses**

None
■ List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

**9. Payments related to debt counseling or bankruptcy**

None
☐ List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Law Office of Alla Kachan 3099 Coney Island Avenue 3rd Floor Brooklyn, NY 11235** | **May 8, 2015** | **$12,000.00** |

B7 (Official Form 7) (04/13)
5

**10. Other transfers**

None
■
a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None
■
b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

**11. Closed financial accounts**

None
■
List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

**12. Safe deposit boxes**

None
■
List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

**13. Setoffs**

None
■
List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

**14. Property held for another person**

None
■
List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

B7 (Official Form 7) (04/13)
6

---

**15.  Prior address of debtor**

None
■

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

ADDRESS                                    NAME USED                                    DATES OF OCCUPANCY

---

**16. Spouses and Former Spouses**

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

---

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

SITE NAME AND ADDRESS          NAME AND ADDRESS OF          DATE OF          ENVIRONMENTAL
                               GOVERNMENTAL UNIT            NOTICE           LAW

None
■

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

SITE NAME AND ADDRESS          NAME AND ADDRESS OF          DATE OF          ENVIRONMENTAL
                               GOVERNMENTAL UNIT            NOTICE           LAW

None
■

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

NAME AND ADDRESS OF
GOVERNMENTAL UNIT                    DOCKET NUMBER                    STATUS OR DISPOSITION

B7 (Official Form 7) (04/13)

7

**18 . Nature, location and name of business**

None
■

a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|------|------|------|------|------|

None
■

b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|------|------|

---

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

---

**19. Books, records and financial statements**

None
■

a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|------|------|

None
■

b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|------|------|------|

None
■

c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|------|------|

None
■

d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|------|------|

B7 (Official Form 7) (04/13)
8

### 20. Inventories

None
■    a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
| --- | --- | --- |

None
■    b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
| --- | --- |

### 21 . Current Partners, Officers, Directors and Shareholders

None
■    a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
| --- | --- | --- |

None
■    b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
| --- | --- | --- |

### 22 . Former partners, officers, directors and shareholders

None
■    a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
| --- | --- | --- |

None
■    b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
| --- | --- | --- |

### 23 . Withdrawals from a partnership or distributions by a corporation

None
■    If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

### 24. Tax Consolidation Group.

None
■    If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
| --- | --- |

B7 (Official Form 7) (04/13)
9

**25. Pension Funds.**

None ■

If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND                                        TAXPAYER IDENTIFICATION NUMBER (EIN)

* * * * * *

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date  **May 20, 2015**                          Signature    **/s/ Akiva Ofshtein**
                                                             **Akiva Ofshtein**
                                                             **president**

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

# United States Bankruptcy Court
## Eastern District of New York

In re  **Prime Six Inc.**

Debtor(s)

Case No. _____

Chapter  **11**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   | | | |
   |---|---|---|
   | For legal services, I have agreed to accept | $ | 12,000.00 |
   | Prior to the filing of this statement I have received | $ | 12,000.00 |
   | Balance Due | $ | 0.00 |

2. The source of the compensation paid to me was:

   ■ Debtor    ☐ Other (specify):

3. The source of compensation to be paid to me is:

   ■ Debtor    ☐ Other (specify):

4. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]
      **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

## CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:  **May 20, 2015**

**/s/ Alla Kachan**
**Alla Kachan 4244281**
**Law Offices Of Alla Kachan, P.C.**
**415 Brighton Beach Avenue**
**2nd Floor**
**Brooklyn, NY 11235**
**(718) 513-3145  Fax: (347) 342-3156**
**alla@kachanlaw.com**

# United States Bankruptcy Court

## Eastern District of New York

In re    **Prime Six Inc.** _____,    Case No. _____

                                     Debtor              Chapter_____**11**_____

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **None** | | | |

# DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

       I, the president of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date___**May 20, 2015**_____        Signature  **/s/ Akiva Ofshtein**_____

                                            **Akiva Ofshtein**
                                            **president**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§ 152 and 3571.

__**0**___ continuation sheets attached to List of Equity Security Holders

# United States Bankruptcy Court
## Eastern District of New York

In re   **Prime Six Inc.**                  Case No. _____

               Debtor(s)      Chapter   **11**

## <u>VERIFICATION OF CREDITOR MATRIX</u>

The above named debtor(s) or attorney for the debtor(s) hereby verify that the attached matrix (list of creditors) is true and correct to the best of their knowledge.

Date:   **May 20, 2015**                **/s/ Akiva Ofshtein**

                                            **Akiva Ofshtein**/president
                                            Signer/Title

Date:   **May 20, 2015**                **/s/ Alla Kachan**

                                            Signature of Attorney
                                            **Alla Kachan 4244281**
                                            **Law Offices Of Alla Kachan, P.C.**
                                            **415 Brighton Beach Avenue**
                                            **2nd Floor**
                                            **Brooklyn, NY 11235**
                                            **(718) 513-3145  Fax: (347) 342-3156**

A. STERN MEAT PRODUCT
5600 FIRST AVENUE
BUILD. B
BROOKLYN, NY 11220


ACE  ENDICO CORP.
C/O DARREN J. EPSTEIN, ES
254 SOUTH MAIN STREET
SUITE 406
NEW CITY, NY 10956


AIDA KUPERMAN, ESQ.
1723 EAST 12TH STREET
4TH FLOOR
BROOKLYN, NY 11229


ALL IN ONE ENTERTAINMENT
96-20 ATLANTIC AVENUE
2ND FLOOR
KEW GARDENS, NY 11415


AMY'S BREAD
75 NINTH AVENUE
15TH STREET
NEW YORK, NY 10011


ARAMARK UNIFORM SERVICES
1101 MARKET STREET
PHILADELPHIA, PA 19107


BADLOR SPECIALTY FOODS
C/O LAW OFFICE OF A.SQUIR
475 MAIN STREET
SUITE 1F
FARMINGDALE, NY 11735


BANK DIRECT CAPITAL FINAN
1010 FRANKLIN AVENUE
STE 406
GARDEN CITY, NY 11530


BARTLETT DAIRY, INC.
105-03 150TH STREET
JAMAICA, NY 11435

BIEN CUIT
120 SMITH STREET
BROOKLYN, NY 11201


BORAX PAPER PRODUCTS, INC
1390 SPOFFORD AVENUE
BRONX, NY 10474


BROOKLYN BREWERY
79 NORTH 11TH STREET
BROOKLYN, NY 11249


BROOKLYN NETS, LLC
F/K/A NEW JERSEY BASKETBA
15 METRO TECH CENTER,11FL
ATTN.:JEFFREY B. GEWIRTZ
BROOKLYN, NY 11201


CAPITAL ONE
DEPOSIT RECOVERY DPTMT
PO BOX 259360
PLANO, TX 75025


CCAUTHIRIZ PAISANOS PROV
162 SMITH STREET
BROOKLYN, NY 11201


CHIF FIRE PREVENTION
10 WEST BROAD STREET
MOUNT VERNON, NY 10552


D'ARTAGNAN
280 WILSON AVENUE
NEWARK, NJ 07105


DAIRYLAND USA CORP.
1300 VIELE AVENUE
BRONX, NY 10474


DARREN EPSTEIN, ESQ.
49 MAPLE AVENUE
PO BOX 1917
NEW CITY, NY 10956

DARREN EPSTEIN, ESQ.
49 MAPLE AVENUE
PO BOX 1917
NEW CITY, NY 10956


DEBRAGGA&SPITLER INC.
C/O HEITNER & BREITSTEIN
26 COURT STREET
BROOKLYN, NY 11242


DOMAINE SELECT MERCHANTS
555 8TH AVENUE
SUITE 2302
NEW YORK, NY 10018


DUTCH GIRL CHEESE
PO BOX 199
LEONARDSVILLE, NY 13364


ECOLAB
PO BOX 905327
CHARLOTTE, NC 28290


ENDICOTT MEATS
355 FOOD CENTER DRIVE
B23
BRONX, NY 10474


ENVIRONMENTAL CONTROL BOA
PO BOX 2307
PECK SLIP STATION


FANG REALTY, CORP.
200 STERLING PLACE
 #A
BROOKLYN, NY 11238


FANG REALTY, CORP.
200 STERLING PLACE
 #A
BROOKLYN, NY 11238


FEDEX
C/O SLATER. TENAGLIA, FRI
PO BOX 5476
MOUNT LAUREL, NJ 08054

```
FOSSIL FARMS
81 FULTON STREET
BOONTON, NJ 07005


GO FRESH PRODUCE
162-08 91ST STREET
HOWARD BEACH, NY 11414


INTEGRITY PAYMENT SYSTEM
1700 W. HIGGINS ROAD
SUITE 690
DES PLAINES, IL 60018


INTELLIG ROASTING & TEA
1850 WEST FULTON STREET
CHICAGO, IL 60612


IRS
2 METROTECH CENTER
BROOKLYN, NY 11201


ISG CAPITAL, INC
24 W. HAMILTON AVENUE
ENGLEWOOD, NJ 07631


KINGSTON CHECK CASHING CO
1103 QUENTIN ROAD
BROOKLYN, NY 11229


LOBSTER PLACE
531-533 BRYANT AVENUE
BRONX, NY 10474


M. TUCKER
1200 MADISON AVENUE
PATERSON, NJ 07503


MAGNIFIQUE CLEANING SER
461 WAYNE STREET
FLOOR 2
JERSEY CITY, MA 02306


MERCHANTS CAPITAL ACCESS
525 BROAD HOLLOW RD
MELVILLE, NY 11747
```

MERCHANTS CAPITAL ACCESS
525 BROAD HOLLOW RD
# 200
MELVILLE, NY 11747


MHW LTD
1129 NORTHERN BLVD
SUITE 410
MANHASSET, NY 11030


MICHAEL SKURNIK WINES
PO BOX 1315
SYOSSET, NY 11791


NETWORK SERVICES COMPANY
1805 MOMENTUM PLACE
CHICAGO, IL 60689


NY STATE DEPT OF TAX&FIN
WA HARRIMAN CAMPUS
ALBANY, NY 12227-0001


NY STATE DEPT OF TAX&FIN
WA HARRIMAN CAMPUS
ALBANY, NY 12227-0001


NYCITY HEALTH DEPTMNT
295 FLATBUSH AVE EXT
BROOKLYN, NY 11201


NYS DEPT OF TAX AND FIN
W A HARRIMANCAMPUS
ALBANY, NY 12227-0001


NYS DEPT.OF LABOR
PO BOX 15012
ALBANY, NY 12212


ON HOLD MARKETING
52 MAIN STREET
S-3
SUCCASUNNA, NJ 07876

OPICI WINE GROUP
25 DEBOER DRIVE
GLEN ROCK, NJ 07452


PAPER ENTERPRISES, INC.
770 EAST 132ND STREET
BRONX, NY 10454


PERFOMANCE FOODSERVICE
1 IKEA DRIVE
ELIZABETH, NJ 07207


PICCININI BROTHERS, INC.
633 NINTH AVENUE
NEW YORK, NY 10036


PIPE DREAM
857 UNION STREET
2-C
BROOKLYN, NY 11215


PRIORITY PAYMENT SYSTEM
PO BOX 246
ALPHARETTA, GA 30009


SAMUELS & SON SEAFOOD, CO
C/O SALDUTTI LLC
800 N. KINGS HIGHWAY
SUITE 300
CHERRY HILL, NJ 08034


SATUR FARMS
3705 ALVAHS LANE
CUTCHOGUE, NY 11935


SEA CREAST LINEN
46 CROWN STREET
BROOKLYN, NY 11225


SID WAINER & SON
PO BOX 50240
NEW BEDFORD, MA 02746

SUPER PC SYSTEM, INC.
78 BAY 50 STREET
1ST FLOOR
BROOKLYN, NY 11214


SYSCO
199 LOWELL AVENUE
CENTRAL ISLIP, NY 11722


THE COUSINS FISH MARKET
75 BENNINGTON AVENUE
FREEPORT, NY 11520


THE LOBSTER PLACE, INC.
75 NINTH AVENUE
NEW YORK, NY 10011


THE PAY-O-MATIC CORP.
160 OAK DRIVE
SYOSSET, NY 11791


TOM CAT BAKERY, INC.
C/O STEPHEN EINSTEIN ESQ
20 VESEY ST RM 1406
NEW YORK, NY 10007


TRANSFIRST
12202 AIRPORT WAY
SUITE 100
BROOMFIELD, CO 80021


USA WINE IMPORTS
285 WEST BROADWAY
SUITE 340
NEW YORK, NY 10013


VERIZON
PO BOX 1100
BROOKLYN, NY 11225-0001


WARWICK VALLEY WINE
PO BOX 354
WARWICK, NY 10990

WESCO INSURANCE COMPANY
C/O CORPORATE INVEST BURE
555 NORTH PLEASANT DR
GREENVILLE, SC 29607


WESTERN PEST SERVICES
483 10TH AVENUE
S-100
NEW YORK, NY 10018


WINEBOW
PO BOX 416663
BOSTON, MA 02241

# United States Bankruptcy Court
## Eastern District of New York

In re   **Prime Six Inc.** _____   Case No. _____
                                    Debtor(s)          Chapter    **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Prime Six Inc.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]


**May 20, 2015** _____          **/s/ Alla Kachan** _____
Date                                        **Alla Kachan 4244281**
                                            Signature of Attorney or Litigant
                                            Counsel for   **Prime Six Inc.** _____
                                            **Law Offices Of Alla Kachan, P.C.**
                                            **415 Brighton Beach Avenue**
                                            **2nd Floor**
                                            **Brooklyn, NY 11235**
                                            **(718) 513-3145 Fax:(347) 342-3156**
                                            **alla@kachanlaw.com**

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF NEW YORK

## STATEMENT PURSUANT TO LOCAL
## BANKRUPTCY RULE 1073-2(b)

**DEBTOR(S):**   Prime Six Inc.                    **CASE NO.:** _____

Pursuant to Local Bankruptcy Rule 1073-2(b), the debtor *(or any other petitioner)* hereby makes the following disclosure concerning Related Cases, to the petitioner's best knowledge, information and belief:

[NOTE: Cases shall be deemed "Related Cases" for purposes of E.D.N.Y. LBR 1073-1 and E.D.N.Y. LBR 1073-2 if the earlier case was pending at any time within eight years before the filing of the new petition, and the debtors in such cases: (i) are the same; (ii) are spouses or ex-spouses; (iii) are affiliates, as defined in 11 U.S.C. § 101(2); (iv) are general partners in the same partnership; (v) are a partnership and one or more of its general partners; (vi) are partnerships which share one or more common general partners; or (vii) have, or within 180 days of the commencement of either of the Related Cases had, an interest in property that was or is included in the property of another estate under 11 U.S.C. § 541(a).]

■ NO RELATED CASE IS PENDING OR HAS BEEN PENDING AT ANY TIME.

☐ THE FOLLOWING RELATED CASE(S) IS PENDING OR HAS BEEN PENDING:

1. CASE NO.:_____ JUDGE:_____ DISTRICT/DIVISION:_____

CASE STILL PENDING (Y/N):_____         *[If closed]* Date of closing:_____

CURRENT STATUS OF RELATED CASE: _____
                                      (Discharged/awaiting discharge, confirmed, dismissed, etc.)

MANNER IN WHICH CASES ARE RELATED *(Refer to NOTE above)*: _____

REAL PROPERTY LISTED IN DEBTOR'S SCHEDULE "A" ("REAL PROPERTY") WHICH WAS ALSO LISTED IN
SCHEDULE "A" OF RELATED CASE: _____

2. CASE NO.:_____ JUDGE:_____ DISTRICT/DIVISION:_____

CASE STILL PENDING (Y/N):_____         *[If closed]* Date of closing:_____

CURRENT STATUS OF RELATED CASE: _____
                                      (Discharged/awaiting discharge, confirmed, dismissed, etc.)

MANNER IN WHICH CASES ARE RELATED *(Refer to NOTE above)*: _____

REAL PROPERTY LISTED IN DEBTOR'S SCHEDULE "A" ("REAL PROPERTY") WHICH WAS ALSO LISTED IN
SCHEDULE "A" OF RELATED CASE: _____

3. CASE NO.:_____ JUDGE:_____ DISTRICT/DIVISION:_____

CASE STILL PENDING (Y/N):_____         *[If closed]* Date of closing:_____

CURRENT STATUS OF RELATED CASE: _____
                                      (Discharged/awaiting discharge, confirmed, dismissed, etc.)

MANNER IN WHICH CASES ARE RELATED *(Refer to NOTE above)*: _____

REAL PROPERTY LISTED IN DEBTOR'S SCHEDULE "A" ("REAL PROPERTY") WHICH WAS ALSO LISTED IN
(OVER)

DISCLOSURE OF RELATED CASES (cont'd)
SCHEDULE "A" OF RELATED CASE:  _____

*NOTE:* Pursuant to 11 U.S.C. § 109(g), certain individuals who have had prior cases dismissed within the preceding 180 days may not be eligible to be debtors.  Such an individual will be required to file a statement in support of his/her eligibility to file.

TO BE COMPLETED BY DEBTOR/PETITIONER'S ATTORNEY, AS APPLICABLE:

I am admitted to practice in the Eastern District of New York (Y/N):  ___**Y**___

CERTIFICATION (to be signed by pro se debtor/petitioner or debtor/petitioner's attorney, as applicable):

I certify under penalty of perjury that the within bankruptcy case is not related to any case now pending or pending at any time, except as indicated elsewhere on this form.

| | |
|---|---|
| **/s/ Alla Kachan** | |
| **Alla Kachan 4244281** | |
| Signature of Debtor's Attorney | Signature of Pro Se Debtor/Petitioner |
| **Law Offices Of Alla Kachan, P.C.** | |
| **415 Brighton Beach Avenue** | |
| **2nd Floor** | |
| **Brooklyn, NY 11235** | Signature of Pro Se Joint Debtor/Petitioner |
| **(718) 513-3145 Fax:(347) 342-3156** | |
| | Mailing Address of Debtor/Petitioner |
| | City, State, Zip Code |
| | Area Code and Telephone Number |

Failure to fully and truthfully provide all information required by the E.D.N.Y. LBR 1073-2 Statement may subject the debtor or any other petitioner and their attorney to appropriate sanctions, including without limitation conversion, the appointment of a trustee or the dismissal of the case with prejudice.

NOTE: Any change in address must be reported to the Court immediately IN WRITING.  Dismissal of your petition may otherwise result.

Software Copyright (c) 1996-2014 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy