UNITED STATES BANKRUPTCY COURT
_Eastern_ DISTRICT OF _New York_

| | |
|---|---|
| In re Prime Six Inc | Case No. 1-15-42334 |
| **Debtor** | Reporting Period: 31-May-15 |

Federal Tax I.D. # 27-2373853

### SINGLE ASSET REAL ESTATE COMPANIES

**File with the Court and submit a copy to the United States Trustee within 20 days after the end of the month and submit a copy of the report to any official committee appointed in the case.**
*(Reports for Rochester and Buffalo Divisions of Western District of New York are due 15 days after the end of the month, as are the reports for Southern District of New York.)*

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 (RE) | | |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1 (CON'T) | | |
|    Copies of bank statements | | | |
|    Cash disbursements journals | | | |
| Statement of Operations | MOR-2 (RE) | | |
| Balance Sheet | MOR-3 (RE) | | |
| Status of Post-petition taxes | MOR-4 (RE) | | |
|    Copies of IRS Form 6123 or payment receipt | | | |
|    Copies of tax returns filed during reporting period | | | |
| Summary of Unpaid Post-petition Debts | MOR-4 (RE) | | |
|    Listing of Aged Accounts Payable | | | |
| Accounts Receivable reconciliation and aging | MOR-5 (RE) | | |
| Taxes reconciliation and Aging | MOR-5 (RE) | | |
| Payments to Insiders and Professional | MOR-6 (RE) | | |
| Post Petition Status of Secured Notes, Leases Payable | MOR-6 (RE) | | |
| Debtor Questionnaire | MOR-7 (RE) | | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that this report and the attached documents are true and correct to the best of my knowledge and belief.

Signature of Debtor ___/s/ Aviva Ofshtein___   Date 6/16/2015

Signature of Authorized Individual* _____   Date _____

Printed Name of Authorized Individual _____   Date _____

*Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor is a partnership; a manager or member if debtor is a limited liability company.

In re Prime Six Inc        Case No. 1-15-42334
_____
Debtor        Reporting Period: 31-May-15

## SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS

Amounts reported should be from the debtor's books and not the bank statement. The beginning cash should be the ending cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was filed. The amounts reported in the "CURRENT MONTH - ACTUAL" column must equal the sum of the three bank account columns. Attach copies of the bank statements and the cash disbursements journal. The total disbursements listed in the disbursements journal must equal the total disbursements reported on this page. A bank reconciliation must be attached for each account. [See MOR-1 (CON'T)]

| | BANK ACCOUNTS | | | |
|---|---|---|---|---|
| ACCOUNT NUMBER (LAST 4) | OPER | TAX | CASH ON HAND | CURRENT MONTH ACTUAL (TOTAL OF ALL ACCOUNTS) |
| CASH BEGINNING OF MONTH | $ (2,087.06) | | $ 300.00 | $ (1,787.06) |
| RECEIPTS | | | | |
| CASH SALES | $ 43,205.38 | | $ 6,390.00 | 49,595.38 |
| ACCOUNTS RECEIVABLE - PREPETITION | | | | |
| ACCOUNTS RECEIVABLE - POSTPETITION | | | | |
| LOANS AND ADVANCES | | | | |
| SALE OF ASSETS | | | | |
| OTHER *(ATTACH LIST)* | | | | |
| TRANSFERS *(FROM DIP ACCTS)* | | | | |
|   TOTAL RECEIPTS | | | | |
| DISBURSEMENTS | | | | |
| NET PAYROLL | $ 6,882.00 | | $ 1,787.00 | $ 8,669.00 |
| PAYROLL TAXES | | | | |
| SALES, USE, & OTHER TAXES | | | | |
| INVENTORY PURCHASES | $ 14,131.81 | | $ 2,953.00 | 17,084.81 |
| SECURED/ RENTAL/ LEASES | | | | |
| INSURANCE | | | | |
| ADMINISTRATIVE | | | | |
| SELLING | | | | |
| OTHER *(ATTACH LIST)* | $ 19,773.83 | | $ 1,650.00 | 21,423.83 |
| OWNER DRAW * | | | | |
| TRANSFERS *(TO DIP ACCTS)* | | | | |
| PROFESSIONAL FEES | | | | |
| U.S. TRUSTEE QUARTERLY FEES | | | | |
| COURT COSTS | | | | |
| TOTAL DISBURSEMENTS | $ 40,787.64 | | $ 6,390.00 | 47,177.64 |
| NET CASH FLOW | $ 2,417.74 | | $ - | $ 3,037.75 |
| (RECEIPTS LESS DISBURSEMENTS) | | | | |
| CASH ~ END OF MONTH | $ 330.68 | | $ 300.00 | $ 630.68 |

## THE FOLLOWING SECTION MUST BE COMPLETED
DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES: (FROM CURRENT MONTH ACTUAL COLUMN)

| TOTAL DISBURSEMENTS | $ 40,787.61 |
|---|---|
|   LESS: TRANSFERS TO OTHER DEBTOR IN POSSESSION ACCOUNTS | |
|   PLUS: ESTATE DISBURSEMENTS MADE BY OUTSIDE SOURCES (i.e. from escrow accounts) | |
| TOTAL DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES | $ 40,787.61 |

In re Prime Six Inc                  Case No. 1-15-42334
       Debtor                        Reporting Period:   31-May-15

| OTHER *(ATTACH LIST)* | OPERATING | CASH |
|---|---|---|
| Auto | $680.00 | |
| Bank service charge | $592.03 | |
| Event planning | $2,000.00 | |
| Bookkeeping | $4,500.00 | |
| Cleaning | $750.00 | |
| office supplies | | $75.00 |
| Cook | $1,320.00 | |
| Promoters | | $1,575.00 |
| Telephone | $771.63 | |
| prime 4 | $9,160.17 | |
| | | |
| | | |
| | | |
| | $19,773.83 | $1,650.00 |

In re Prime Six Inc                                     Case No. 1-15-42334
      Debtor                                            Reporting Period:        31-May-15

## BANK RECONCILIATIONS

**Continuation Sheet for MOR-1**

A bank reconciliation must be included for each bank account.  The debtor's bank reconciliation may be substituted
for this page.

(Bank account numbers may be redacted to last four numbers.)

| | Operating | Tax | Other |
|---|---|---|---|
| **BALANCE PER BOOKS** | $ 330.68 | | |
| | | | |
| BANK BALANCE | $ 14,344.68 | | |
| (+) DEPOSITS IN TRANSIT *(ATTACH LIST)-CASH ON HAND* | | | |
| (-) OUTSTANDING CHECKS *(ATTACH LIST)* : | $ 14,014.00 | | |
| OTHER *(ATTACH EXPLANATION)CASH ON HAND* | | | |
| | | | |
| **ADJUSTED BANK BALANCE \*** | $ 330.68 | | |

*"Adjusted Bank Balance" must equal "Balance per Books"

| DEPOSITS IN TRANSIT | Date | # | Amount |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

| CHECKS OUTSTANDING | Date | Ck. # | Amount |
|---|---|---|---|
| ANAIS CRUZ | 05/30/15 | 1264 | $ 384.00 |
| MAMADU DATTI | 05/30/15 | 1265 | $ 770.00 |
| SHARLIAMAR JACKSON | 05/30/15 | 1266 | $ 575.00 |
| TAMAKI KERN | 05/30/15 | 1267 | $ 290.00 |
| MOHAMED DOUCURE | 05/30/15 | 1268 | $ 1,909.00 |
| NARENDA BISHT | 05/30/15 | 1269 | $ 765.00 |
| MOHAMADU CALIBALI | 05/30/15 | 1271 | $ 625.00 |
| DANIELLE WILLIAMS | 05/30/15 | 1272 | $ 268.00 |
| INDISMEL SANTANA | 05/30/15 | 1273 | $ 423.00 |
| MALARIELAYN CORRERA | 05/30/15 | 1275 | $ 253.00 |
| AVA EXPEDITING | 05/30/15 | 1277 | $ 1,000.00 |
| AVA EXPEDITING | 05/30/15 | 1279 | $ 2,500.00 |
| JETRO | 05/30/15 | 1280 | $ 3,632.00 |
| JUDITH JEAN | 05/30/15 | 1274 | $ 178.00 |
| MAMADOU DATTI | 05/30/15 | 1292 | $ 442.00 |
| TOTAL | | | $ 14,014.00 |

OTHER

_____

| In re Prime Six Inc | Case No. 1-15-42334 |
|---|---|
| **Debtor** | **Reporting Period:** 31-May-15 |

### STATEMENT OF OPERATIONS (Income Statement)

The Statement of Operations is to be prepared on an accrual basis. The accrual basis of accounting recognizes revenue when it is realized and expenses when they are incurred, regardless of when cash is actually received or paid.

| INCOME | MONTH | CUMULATIVE -FILING TO DATE |
|---|---|---|
| Income | $ 45,761.38 | $ 45,761.38 |
| Additional Rental Income | | |
| Common Area Maintenance Reimbursement | | |
| Total Income *(attach MOR-5 (RE) Rent Roll)* | $ 45,761.38 | $ 45,761.38 |
| **OPERATING EXPENSES** | | |
| Advertising | | |
| Auto and Truck Expense | $ 680.00 | $ 680.00 |
| Cleaning and Maintenance | | |
| Commissions | | |
| Officer/Insider Compensation* | | |
| Donation | | |
| Management Fees/Bonuses | | |
| Office Expense | $ 75.00 | $ 75.00 |
| Transportation | | |
| Salaries | $ 14,652.90 | $ 14,652.90 |
| Payroll Tax | $ 1,778.11 | $ 1,778.11 |
| Insurance | | |
| Other Interest | | |
| Repairs and Maintenance | | |
| Taxes | | |
| Bank Charges | $ 592.03 | $ 592.03 |
| Rent | | |
| Telephone | $ 771.63 | $ 771.63 |
| Utilities | | |
| Postage | | |
| Other *(attach schedule)* | $ 36,389.98 | $ 36,389.98 |
| Total Operating Expenses Before Depreciation | | |
| Depreciation/Depletion/Amortization | $ 6,637.00 | $ 6,637.00 |
| Net Profit (Loss) Before Other Income & Expenses | $ (15,815.27) | $ (15,815.27) |
| **OTHER INCOME AND EXPENSES** | | |
| Other Income *(attach schedule)* | | |
| Interest Expense | | |
| Other Expense *(attach schedule)* | | |
| Net Profit (Loss) Before Reorganization Items | $ - | $ - |
| **REORGANIZATION ITEMS** | | |
| Professional Fees | | |
| U. S. Trustee Quarterly Fees | | |
| Interest Earned on Accumulated Cash from Chapter 11 *(see continuation sheet)* | | |
| Gain (Loss) from Sale of Property | | |
| Other Reorganization Expenses *(attach schedule)* | | |
| Total Reorganization Expenses | | |

**In re** Prime Six Inc

**Case No.** 1-15-42334

| Debtor | Reporting Period: | 31-May-15 |
|---|---|---|
| Income Taxes | | |
| Net Profit (Loss) | $ (15,815.27) | $ (15,815.27) |

*"Insider" is defined in 11 U.S.C. Section 101(31).

In re Prime Six Inc           Case No. 1-15-42334

      Debtor           Reporting Period:      **31-May-15**

### BREAKDOWN OF "OTHER" CATEGORY

OTHER OPERATIONAL EXPENSES

| | | |
|---|---|---|
| Event Planning | $2,000.00 | $2,000.00 |
| Purchases | $26,244.98 | $26,244.98 |
| Bookkeeping | $4,500.00 | $4,500.00 |
| Cleaning | $750.00 | $750.00 |
| Outside labor-cook | $1,320.00 | $1,320.00 |
| Promoter Expense | $1,575.00 | $1,575.00 |
| | | |
| Total | $36,389.98 | $36,389.98 |

OTHER INCOME

| | | |
|---|---|---|
| | | |
| | | |
| | | |

OTHER EXPENSES

| | | |
|---|---|---|
| | | |
| | | |
| | | |

OTHER REORGANIZATION EXPENSES

| | | |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

**Reorganization Items - Interest Earned on Accumulated Cash from Chapter 11:**

Interest earned on cash accumulated during the chapter 11 case, which would not have been earned but for the bankruptcy proceeding, should be reported as a reorganization item.

In re  Prime Six Inc        Case No. 1-15-42334

Debtor        Reporting Period:        31-May-15

## BALANCE SHEET

The Balance Sheet is to be completed on an accrual basis only. Pre-petition liabilities must be classified separately from post-petition obligations.

| ASSETS | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE AT END OF PRIOR REPORTING MONTH | BOOK VALUE ON PETITION DATE OR SCHEDULED |
|---|---|---|---|
| *CURRENT ASSETS* | | | |
| Unrestricted Cash and Equivalents | $ 630.68 | | $ (1,787.06) |
| Restricted Cash and Cash Equivalents *(see continuation sheet)* | | | |
| Accounts Receivable (Net) | | | |
| Notes Receivable | | | |
| Prepaid Expenses | | | |
| Professional Retainers | | | |
| Other Current Assets *(attach schedule)* | $ 3,000.00 | | $ 3,000.00 |
| *TOTAL CURRENT ASSETS* | $ 3,630.68 | | $ 1,212.94 |
| *PROPERTY & EQUIPMENT* | | | |
| Real property and Improvements | | | |
| Machinery and Equipment | $ 69,797.00 | | $ 69,797.00 |
| Furniture, Fixtures and Office Equipment | $ 50,000.00 | | $ 50,000.00 |
| Leasehold Improvements | $ 938,055.00 | | $ 938,055.00 |
| Vehicles | | | |
| Less: Accumulated Depreciation | $ (215,906.00) | | $ (209,269.00) |
| *TOTAL PROPERTY & EQUIPMENT* | $ 841,946.00 | | $ 848,583.00 |
| *OTHER ASSETS* | | | |
| Amounts due from Insiders* | | | |
| Other Assets *(attach schedule)* | $ 46,917.00 | | $ 46,917.00 |
| *TOTAL OTHER ASSETS* | | | |
| *TOTAL ASSETS* | $ 892,493.68 | | $ 896,712.94 |

| LIABILITIES AND OWNER EQUITY | | BOOK VALUE AT END OF PRIOR REPORTING MONTH | |
|---|---|---|---|
| **LIABILITIES NOT SUBJECT TO COMPROMISE (Postpetition)** | | | |
| Accounts Payable | | | |
| Customer Deposits | | | |
| Taxes Payable *(refer to FORM MOR-4)* | $ 9,230.43 | | |
| Notes Payable | | | |
| Rent / Leases - Building/Equipment | | | |
| Secured Debt / Adequate Protection Payments | | | |
| Professional Fees | | | |
| Amounts Due to Insiders* | | | |
| Other Post-petition Liabilities *(attach schedule)* | $ 2,365.58 | | |
| *TOTAL POST-PETITION LIABILITIES* | $ 11,596.01 | | |
| **LIABILITIES SUBJECT TO COMPROMISE (Pre-Petition)** | | | |
| Secured Debt | | | |
| Priority Debt | | | |
| Unsecured Debt | $ 1,620,969.25 | | $ 1,620,969.25 |
| Unsecured Debt-Loan from shareholder | | | |
| *TOTAL PRE-PETITION LIABILITIES* | | | |
| *TOTAL LIABILITIES* | $ 1,620,969.25 | | $ 1,620,969.25 |
| *OWNERS' EQUITY* | | | |
| Owner's Equity Account | $ 801,601.00 | | $ 801,601.00 |
| Retained Earnings - Pre-Petition | $ (1,525,857.31) | | $ (1,525,857.31) |
| Retained Earnings - Post-petition | $ (15,815.27) | | |
| Adjustments to Owner Equity *(attach schedule)* | | | |
| Post-petition Contributions *(attach schedule)* | | | |
| *NET OWNERS' EQUITY* | $ (740,071.58) | | $ (724,256.31) |
| **TOTAL LIABILITIES AND OWNERS' EQUITY** | $ 892,493.68 | | $ 896,712.94 |

*"Insider" is defined in 11 U.S.C. Section 101(31).

In re Prime Six Inc          Case No. 1-15-42334

Debtor          Reporting Period:     31-May-15

**BALANCE SHEET - continuation section**

| ASSETS | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE AT END OF PRIOR REPORTING MONTH | BOOK VALUE ON PETITION DATE |
|---|---|---|---|
| Other Current Assets | | | |
| Inventory | $ 3,000.00 | | $ 3,000.00 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| Other Assets | | | |
| Security Deposit | $ 46,917.00 | | $ 46,917.00 |

| LIABILITIES AND OWNER EQUITY | BOOK VALUE AT END OF CURRENT REPORTING MONTH | | BOOK VALUE ON PETITION DATE |
|---|---|---|---|
| Other Post-petition Liabilities | | | |
| Salaries Payable | $ 2,365.58 | | |
| | | | |
| | | | |
| | | | |
| | | | |
| Adjustments to Owner's Equity | | | |
| | | | |
| | | | |
| | | | |
| Post-Petition Contributions | | | |
| | | | |
| | | | |
| | | | |

Restricted Cash:  Cash that is restricted for a specific use and not available to fund operations.
Typically, restricted cash is segregated into a separate account, such as an escrow account.

In re Prime Six Inc
**Debtor**

Case No. 1-15-42334
Reporting Period: __31-May-15__

## STATUS OF POST-PETITION TAXES

The beginning tax liability should be the ending liability from the prior month or, if this is the first report, the amount should be 0

Attach photocopies of IRS Form 6123 or payment receipt to verify payment or deposit of federal payroll taxes

Attach photocopies of any tax returns filed during the reporting period

| Federal | Beginning Tax | Amount Withheld and/or Accrued | Amount Paid | Date Paid | Check# or EFT | Ending Tax |
|---|---|---|---|---|---|---|
| Withholding | | $ 2,699.14 | | | | $ 2,699.14 |
| FICA-Employee | | $ 656.50 | | | | $ 656.50 |
| Fica-Employer | | $ 656.50 | | | | $ 656.50 |
| Unemployment | | | | | | |
| Income | | | | | | |
| Other: | | | | | | |
| Total Federal Taxes | | $ 4,012.14 | | | | $ 4,012.14 |
| State and Local | | | | | | |
| Withholding | | $ 919.18 | | | | 919.18 |
| Sales | | $ 3,834.00 | | | | 3,834.00 |
| Excise | | | | | | |
| Unemployment | | $ 465.11 | | | | $ 465.11 |
| Real Property | | | | | | |
| Personal Property | | | | | | |
| Other: | | | | | | |
| Total State and Local | | $ 5,218.29 | | | | $ 5,218.29 |
| **Total Taxes** | | **$ 9,230.43** | | | | **$ 9,230.43** |

## SUMMARY OF UNPAID POST PETITION DEBTS

In re Prime Six Inc

**Debtor**

Case No. 1-15-42334

Reporting Period: _____

31-May-15

Number of Days Past Due

| | Current | 0-30 | 31-60 | 61-90 | Over 91 | Total |
|---|---|---|---|---|---|---|
| Accounts payable | | | | | | |
| Wages Payable | | | | | | |
| Taxes Payable | $ 9,230.43 | | | | | $ 9,230.43 |
| Rent/Lease Building | | | | | | |
| rent/Lease Equipment | | | | | | |
| Secured Debt | | | | | | |
| Professional Fees | | | | | | $ - |
| Amount Due to Insiders | | | | | | |
| Other | | | | | | |
| Other | | | | | | |
| **Total Post-petition Debts** | $ 9,230.43 | $ - | $ - | $ - | $ - | $ 9,230.43 |

Explain how and when the Debtor intends to pay any past due post-petition debts.

_____

_____

_____

_____

In re Prime Six Inc
    **Debtor**

Case No. 1-15-42334
Reporting Period: __31-May-15__

## ACCOUNTS RECEIVABLE RECONCILIATION

| Accounts Receivable Reconciliation | AMOUNT |
|---|---|
| Total Accounts Receivable at the beginning of the reporting period | |
| Plus: Amounts billed during the period | |
| Less: Amounts Collected during the period | |
| Total Accounts Receivable at the beginning of the reporting period | |

| Accounts Receivable Aging | 0-30 Days | 31-60 Days | 61-90 Days | 91+ Days | Total |
|---|---|---|---|---|---|
| 0-30 Days | | | | | |
| 31-60 days old | | | | | |
| 61-90 days old | | | | | |
| 91+ days old | | | | | |
| Total Accounts Receivable | | | | | |
| Less: Bad Debts(Amount Considered Uncollectible) | | | | | |
| Net Accounts Receivable | | | | | |

## TAXES RECONCILIATION AND AGING

**In re Prime Six Inc**
   **Debtor**

Case No. 1-15-42334
Reporting Period: **31-May-15**

| Taxes Payable | 0-30 Days | 31-60 Days | 61-90 Days | 91+ Days | Total |
|---|---|---|---|---|---|
| 0-30 Days | | | | | |
| 31-60 days old | | | | | |
| 61-90 days old | | | | | |
| 91+ days old | | | | | |
| Total Taxes Payable | | | | | |
| Total Accounts Payable | | | | | |

In re Prime Six Inc          Case No. 1-15-42334
      Debtor              Reporting Period:       31-May-15

## PAYMENTS TO INSIDERS AND PROFESSIONALS

Of the total disbursements shown on the Cash Receipts and Disbursements Report (MOR-1) list the amount paid to insiders (as defined in
Section 101(31) (A)-(F) of the U.S. Bankruptcy Code) and to professionals. For payments to insiders, identify the type of compensation paid
(e.g. Salary, Bonus, Commissions, Insurance, Housing Allowance, Travel, Car Allowance, Etc.). Attach additional sheets if necessary.

| INSIDERS | | | |
|---|---|---|---|
| NAME | TYPE OF PAYMENT | AMOUNT PAID | TOTAL PAID TO DATE |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| TOTAL PAYMENTS TO INSIDERS | | | |

| PROFESSIONALS | | | | |
|---|---|---|---|---|
| NAME | DATE OF COURT ORDER AUTHORIZING PAYMENT | AMOUNT APPROVED | AMOUNT PAID | TOTAL PAID TO DATE | TOTAL INCURRED & UNPAID* |
| | | | | $ - | $ - |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| TOTAL PAYMENTS TO PROFESSIONALS | $ - | $ - | $ - | $ - |

* INCLUDE ALL FEES INCURRED, BOTH APPROVED AND UNAPPROVED

## POST-PETITION STATUS OF SECURED NOTES, LEASES PAYABLE
## AND ADEQUATE PROTECTION PAYMENTS

| NAME OF CREDITOR | SCHEDULED MONTHLY PAYMENT DUE | AMOUNT PAID DURING MONTH | TOTAL UNPAID POST-PETITION |
|---|---|---|---|
| | | | - |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| TOTAL PAYMENTS | | - | - |

In re Prime Six Inc                                 Case No. 1-15-42334
      Debtor                          Reporting Period:        **31-May-15**

# DEBTOR QUESTIONNAIRE

| Must be completed each month.  If the answer to any of the questions is "Yes", provide a detailed explanation of each item. Attach additional sheets if necessary. | Yes | No |
|---|---|---|
| 1 | Have any assets been sold or transferred outside the normal course of business this reporting period? | | x |
| 2 | Have any funds been disbursed from any account other than a debtor in possession account this reporting period? | | x |
| 3 | Is the Debtor delinquent in the timely filing of any post-petition tax returns? | | x |
| 4 | Are workers compensation, general liability or other necessary insurance coverages expired or cancelled, or has the debtor received notice of expiration or cancellation of such policies? | | x |
| 5 | Is the Debtor delinquent in paying any insurance premium payment? | | x |
| 6 | Have any payments been made on pre-petition liabilities this reporting period? | | x |
| 7 | Are any post petition receivables (accounts, notes or loans) due from related parties? | | x |
| 8 | Are any post petition State or Federal income taxes past due? | | x |
| 9 | Are any post petition real estate taxes past due? | | x |
| 10 | Are any other post petition taxes past due? | | x |
| 11 | Have any pre-petition taxes been paid during this reporting period? | | x |
| 12 | Are any amounts owed to post petition creditors delinquent? | | x |
| 13 | Have any post petition loans been been received by the Debtor from any party? | | x |
| 14 | Is the Debtor delinquent in paying any U.S. Trustee fees? | | x |
| 15 | Is the Debtor delinquent with any court ordered payments to attorneys or other professionals? | | x |
| 16 | Have the owners or shareholders received any compensation outside of the normal course of business? | | x |

 **ALMA** BANK

 **FDIC**

28-31 31st Street, Astoria, NY 11102

Return Service Requested

RETURN SERVICE REQUESTED

Last statement: April 30, 2015
This statement: May 31, 2015
Total days in statement period: 31

7615  PRIME SIX INC
D/B/A FOXGLOVE
D/B/A WOODLAND
242 FLATBUSH AVE
BROOKLYN NY 11217

Page 1

(68)

Direct inquiries to:
855-541-1000

Alma Bank
28-31 31St Street
Astoria NY 11102

*IT'S NOW EASIER TO SEND AND RECEIVE FUNDS INTERNATIONALLY BY USING ALMA BANK'S NEW BIC NUMBER - MLMAUS33. SIMPLY INDICATE BIC# MLMAUS33 TO ANY FOREIGN BANK WHEN INITIATING A WIRE TO YOUR ACCOUNT AT ALMA BANK. ENJOY THE CONVENIENCE, IT'S SECURE, FAST AND EASY.*

## Flexible Checking



| | | | |
|---|---|---|---|
| Account number | | Beginning balance | $5,674.42 |
| Enclosures | 68 | Total additions | 153,280.82 |
| Low balance | $-12,903.05 | Total subtractions | 144,610.56 |
| Average balance | $4,190.42 | Ending balance | $14,344.68 |
| Avg collected balance | $3,753 | | |

### CHECKS

| Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|
| | 05-06 | 6,722.03 | 1211 * | 05-06 | 263.75 |
| | 05-06 | 7,717.00 | 1212 | 05-04 | 3,000.00 |
| | 05-11 | 3,000.00 | 1213 | 05-06 | 3,500.00 |
| | 05-14 | 1,828.32 | 1214 | 05-11 | 2,000.00 |
| | 05-18 | 4,000.00 | 1215 | 05-11 | 5,008.15 |
| | 05-20 | 1,263.66 | 1216 | 05-11 | 960.00 |
| 1120 | 05-21 | 88.00 | 1217 | 05-28 | 258.00 |
| 1143 * | 05-04 | 114.00 | 1219 * | 05-13 | 341.00 |
| 1161 * | 05-04 | 262.00 | 1220 | 05-07 | 750.00 |
| 1168 * | 05-04 | 118.00 | 1221 | 05-12 | 2,500.00 |
| 1188 * | 05-13 | 234.00 | 1222 | 05-20 | 2,900.00 |
| 1199 * | 05-05 | 162.00 | 1223 | 05-13 | 3,000.00 |
| 1208 * | 05-05 | 1,500.00 | 1224 | 05-27 | 171.00 |
| 1209 | 05-04 | 3,760.00 | 1225 | 05-26 | 353.00 |

RETURN SERVICE REQUESTED

PRIME SIX INC                                                    Page 2
May 31, 2015

| Number | Date | Amount | Number | Date | Amount |
|--------|------|--------|--------|------|--------|
| 1226 | 05-14 | 124.00 | 1245 | 05-26 | 3,900.00 |
| 1227 | 05-26 | 308.00 | 1246 | 05-26 | 562.99 |
| 1229 * | 05-13 | 245.00 | 1247 | 05-26 | 231.00 |
| 1230 | 05-15 | 352.00 | 1248 | 05-21 | 138.00 |
| 1231 | 05-26 | 216.00 | 1249 | 05-21 | 398.00 |
| 1232 | 05-13 | 432.00 | 1252 * | 05-21 | 361.00 |
| 1233 | 05-12 | 960.00 | 1253 | 05-26 | 212.00 |
| 1234 | 05-13 | 557.00 | 1254 | 05-26 | 530.00 |
| 1235 | 05-13 | 385.00 | 1255 | 05-28 | 209.00 |
| 1236 | 05-12 | 1,000.00 | 1256 | 05-21 | 1,364.00 |
| 1237 | 05-13 | 750.00 | 1257 | 05-22 | 427.00 |
| 1238 | 05-19 | 2,000.00 | 1258 | 05-22 | 348.00 |
| 1239 | 05-18 | 4,711.00 | 1259 | 05-26 | 570.00 |
| 1240 | 05-19 | 429.68 | 1260 | 05-26 | 750.00 |
| 1241 | 05-13 | 900.00 | 1261 | 05-26 | 750.00 |
| 1242 | 05-18 | 272.00 | 1262 | 05-27 | 1,000.00 |
| 1243 | 05-13 | 2,000.00 | 1263 | 05-27 | 2,000.00 |
| 1244 | 05-28 | 447.60 | * Skip in check sequence | | |

**DEBITS**

| Date | Description | Subtractions |
|------|-------------|--------------|
| 05-01 | Preauthorized Wd | 2,092.50 |
| | SWS of America CORP PMT 150430 | |
| | 450000000169797 | |
| 05-04 | Preauthorized Wd | 29.90 |
| | BANKCARD 8715 MTOT DISC 150504 | |
| | 517927800101222 | |
| 05-04 | Preauthorized Wd | 612.84 |
| | BANKCARD MTOT DISC 150504 | |
| | 510165770155828 | |
| 05-04 | Preauthorized Wd | 2,151.24 |
| | BANKCARD 8076 MTOT DISC 150504 | |
| | 554402000149997 | |
| 05-04 | Overdraft Fee | 35.00 |
| | FOR OVERDRAFT CHECK # 1209 | |
| 05-04 | Overdraft Fee | 35.00 |
| | FOR OVERDRAFT CHECK # 1212 | |
| 05-06 | Online Bkng Tr Dr | 3,873.00 |
| | REF 1260800L FUNDS TRANSFER TO DEP XXXXX4428 | |
| | FROM | |
| 05-07 | Online Bkng Tr Dr | 198.04 |
| | REF 1270729L FUNDS TRANSFER TO DEP XXXXX4428 | |
| | FROM | |
| 05-07 | Preauthorized Wd | 697.10 |
| | OPENTABLE 88099 150507 | |
| | 88099 | |

RETURN SERVICE REQUESTED

PRIME SIX INC                                                    Page 3
May 31, 2015

| Date | Description | Subtractions |
|------|-------------|-------------|
| 05-07 | ' Preauthorized Wd<br>AMEX EPayment ACH PMT 150507 | 5,999.11 |
| 05-08 | ' Online Bkng Tr Dr<br>REF 1281716L FUNDS TRANSFER TO DEP XXXXX4428<br>FROM | 102.91 |
| 05-08 | ' Preauthorized Wd<br>SWS of America CORP PMT 150507<br>450000000171278 | 3,158.54 |
| 05-11 | ' Online Bkng Tr Dr<br>REF 1310735L FUNDS TRANSFER TO DEP XXXXX4428<br>FROM | 1,722.50 |
| 05-11 | ' Preauthorized Wd<br>BANKCARD MTOT ADJ 150511<br>510165770155828 | 130.00 |
| 05-12 | ' Online Bkng Tr Dr<br>REF 1320743L FUNDS TRANSFER TO DEP XXXXX4428<br>FROM | 1,056.05 |
| 05-13 | ' Preauthorized Wd<br>JPMorgan Chase Ext Trnsfr 150513<br>4621410321 | 819.00 |
| 05-15 | ' Online Bkng Tr Dr<br>REF 1351458L FUNDS TRANSFER TO DEP XXXXX4428<br>FROM | 50.00 |
| 05-15 | ' Online Bkng Tr Dr<br>REF 1351455L FUNDS TRANSFER TO DEP XXXXX4428<br>FROM | 70.94 |
| 05-15 | ' Online Bkng Tr Dr<br>REF 1351456L FUNDS TRANSFER TO DEP XXXXX4428<br>FROM | 115.78 |
| 05-15 | ' Online Bkng Tr Dr<br>REF 1351457L FUNDS TRANSFER TO DEP XXXXX4428<br>FROM | 131.60 |
| 05-15 | ' Online Bkng Tr Dr<br>REF 1351455L FUNDS TRANSFER TO DEP XXXXX4428<br>FROM | 178.74 |
| 05-15 | ' Online Bkng Tr Dr<br>REF 1351659L FUNDS TRANSFER TO DEP XXXXX4509<br>FROM | 2,000.00 |
| 05-15 | ' Preauthorized Wd<br>SUPER PC SYSTEMS PURCHASE 150515 | 115.00 |
| 05-15 | ' Preauthorized Wd<br>SWS of America CORP PMT 150514<br>450000000172635 | 2,056.14 |
| 05-18 | ' Online Bkng Tr Dr<br>REF 1380653L FUNDS TRANSFER TO DEP XXXXX4428<br>FROM | 211.70 |



RETURN SERVICE REQUESTED

PRIME SIX INC
May 31, 2015

| Date | Description | Subtractions |
|------|-------------|-------------:|
| 05-18 | Online Bkng Tr Dr<br>REF 1380653L FUNDS TRANSFER TO DEP XXXXX4428<br>FROM | 1,247.71 |
| 05-18 | Preauthorized Wd<br>SWS of America CORP PMT 150515<br>450000000172748 | 1,534.50 |
| 05-18 | Preauthorized Wd<br>AMEX EPayment ACH PMT 150518 | 3,318.71 |
| 05-18 | Preauthorized Wd<br>AMEX EPayment ACH PMT 150518 | 3,605.27 |
| 05-19 | Online Bkng Tr Dr<br>REF 1390632L FUNDS TRANSFER TO DEP XXXXX4428<br>FROM | 1,170.57 |
| 05-19 | Online Bkng Tr Dr<br>REF 1390632L FUNDS TRANSFER TO DEP XXXXX4428<br>FROM | 4,000.00 |
| 05-19 | Preauthorized Wd<br>ATT Payment 150519 | 500.00 |
| 05-20 | Online Bkng Tr Dr<br>REF 1400754L FUNDS TRANSFER TO DEP XXXXX4428<br>FROM | 154.08 |
| 05-21 | Online Bkng Tr Dr<br>REF 1410811L FUNDS TRANSFER TO DEP XXXXX4428<br>FROM | 134.33 |
| 05-22 | Online Bkng Tr Dr<br>REF 1420814L FUNDS TRANSFER TO DEP XXXXX4428<br>FROM | 50.00 |
| 05-22 | Online Bkng Tr Dr<br>REF 1420814L FUNDS TRANSFER TO DEP XXXXX4428<br>FROM | 136.40 |
| 05-26 | Preauthorized Wd<br>AMEX EPayment ACH PMT 150526 | 3,386.00 |
| 05-27 | Uaf Overdraft Fee<br>FOR OVERDRAFT CHECK # 1225 | 25.00 |
| 05-27 | Overdraft Fee<br>FOR OVERDRAFT CHECK # 1227 | 35.00 |
| 05-27 | Overdraft Fee<br>FOR OVERDRAFT CHECK # 1231 | 35.00 |
| 05-27 | Overdraft Fee<br>FOR OVERDRAFT CHECK # 1245 | 35.00 |
| 05-27 | Overdraft Fee<br>FOR OVERDRAFT CHECK # 1246 | 35.00 |
| 05-27 | Overdraft Fee<br>FOR OVERDRAFT CHECK # 1247 | 35.00 |
| 05-27 | Overdraft Fee<br>FOR OVERDRAFT CHECK # 1253 | 35.00 |
| 05-27 | Overdraft Fee<br>FOR OVERDRAFT CHECK # 1254 | 35.00 |

RETURN SERVICE REQUESTED

| PRIME SIX INC | Page 5 |
| May 31, 2015 | |

| Date | Description | Subtractions |
|------|-------------|-------------:|
| 05-27 | Overdraft Fee | 35.00 |
| | FOR OVERDRAFT CHECK # 1259 | |
| 05-27 | Overdraft Fee | 35.00 |
| | FOR OVERDRAFT CHECK # 1260 | |
| 05-27 | Overdraft Fee | 35.00 |
| | FOR OVERDRAFT CHECK # 1261 | |
| 05-27 | Preauthorized Wd | 371.63 |
| | ATT Payment 150527 | |
| 05-27 | Preauthorized Wd | 400.00 |
| | VERIZON PaymentONE 150527 | |
| 05-27 | Preauthorized Wd | 680.00 |
| | TOYOTA Pay TFS 150527 | |
| 05-28 | Overdraft Fee | 35.00 |
| | FOR OVERDRAFT PREAUTHORIZED WD 031100205862075 | |
| 05-28 | Overdraft Fee | 35.00 |
| | FOR OVERDRAFT PREAUTHORIZED WD 021000023851746 | |
| 05-28 | Overdraft Fee | 35.00 |
| | FOR OVERDRAFT PREAUTHORIZED WD 091000014598306 | |
| 05-28 | Overdraft Fee | 35.00 |
| | FOR OVERDRAFT CHECK # 1224 | |
| 05-28 | Overdraft Fee | 35.00 |
| | FOR OVERDRAFT CHECK # 1262 | |
| 05-28 | Overdraft Fee | 35.00 |
| | FOR OVERDRAFT CHECK # 1263 | |
| 05-28 | Online Bkng Tr Dr | 394.93 |
| | REF 1481820L FUNDS TRANSFER TO DEP XXXXX4428 | |
| | FROM | |
| 05-28 | Online Bkng Tr Dr | 3,290.43 |
| | REF 1481821L FUNDS TRANSFER TO DEP XXXXX4428 | |
| | FROM | |
| 05-28 | Online Bkng Tr Dr | 5,000.00 |
| | REF 1481820L FUNDS TRANSFER TO DEP XXXXX4509 | |
| | FROM | |
| 05-29 | Preauthorized Wd | 1,387.16 |
| | SWS of America CORP PMT 150528 | |
| | 450000000175458 | |
| 05-31 | Maintenance Fee | 7.03 |

**CREDITS**

| Date | Description | Additions |
|------|-------------|----------:|
| 05-05 | Incoming Wire | 23,237.78 |
| | 201505050017104 WFB FBO FDMS PRIORMELVILLE NY 11747- | |
| | DBA WOODLAND | |
| 05-05 | Preauthorized Credit | 7,838.80 |
| | BANKCARD 8076 MTOT DEP 150505 | |
| | 554402000149997 | |



RETURN SERVICE REQUESTED

PRIME SIX INC                                           Page 6
May 31, 2015

| Date | Description | Additions |
|------|-------------|-----------|
| 05-06 | Online Bnking Tr Cr | 3,000.00 |
| | REF 1262200L FUNDS TRANSFER FRMDEP XXXXX4509 | |
| | FROM | |
| 05-06 | Preauthorized Credit | 1,782.19 |
| | BANKCARD 8076 MTOT DEP 150506 | |
| | 554402000149997 | |
| 05-07 | Online Bnking Tr Cr | 3,000.00 |
| | REF 1270728L FUNDS TRANSFER FRMDEP XXXXX4509 | |
| | FROM | |
| 05-07 | Preauthorized Credit | 1,980.48 |
| | BANKCARD 8076 MTOT DEP 150507 | |
| | 554402000149997 | |
| 05-08 | Preauthorized Credit | 1,029.15 |
| | BANKCARD 8076 MTOT DEP 150508 | |
| | 554402000149997 | |
| 05-11 | Preauthorized Credit | 1,356.59 |
| | BANKCARD 8076 MTOT DEP 150511 | |
| | 554402000149997 | |
| 05-11 | Preauthorized Credit | 15,869.31 |
| | BANKCARD 8076 MTOT DEP 150511 | |
| | 554402000149997 | |
| 05-12 | Preauthorized Credit | 10,560.51 |
| | BANKCARD 8076 MTOT DEP 150512 | |
| | 554402000149997 | |
| 05-13 | Preauthorized Credit | 709.46 |
| | BANKCARD 8076 MTOT DEP 150513 | |
| | 554402000149997 | |
| 05-14 | Preauthorized Credit | 1,787.44 |
| | BANKCARD 8076 MTOT DEP 150514 | |
| | 554402000149997 | |
| 05-15 | Online Bnking Tr Cr | 3,000.00 |
| | REF 1350834L FUNDS TRANSFER FRMDEP XXXXX4509 | |
| | FROM | |
| 05-15 | Deposit | 500.00 |
| 05-15 | Deposit | 1,316.00 |
| 05-15 | Preauthorized Credit | 1,157.82 |
| | BANKCARD 8076 MTOT DEP 150515 | |
| | 554402000149997 | |
| 05-18 | Online Bnking Tr Cr | 4,000.00 |
| | REF 1381518L FUNDS TRANSFER FRMDEP XXXXX4428 | |
| | FROM | |
| 05-18 | Deposit | 1,650.00 |
| 05-18 | Preauthorized Credit | 2,117.10 |
| | BANKCARD 8076 MTOT DEP 150518 | |
| | 554402000149997 | |
| 05-18 | Preauthorized Credit | 12,477.10 |
| | BANKCARD 8076 MTOT DEP 150518 | |
| | 554402000149997 | |

RETURN SERVICE REQUESTED

PRIME SIX INC                                                    Page 7
May 31, 2015

| Date | Description | Additions |
|------|-------------|-----------|
| 05-19 | ' Preauthorized Credit<br>BANKCARD 8076 MTOT DEP 150519<br>554402000149997 | 11,705.71 |
| 05-20 | ' Preauthorized Credit<br>BANKCARD 8076 MTOT DEP 150520<br>554402000149997 | 1,540.86 |
| 05-21 | ' Preauthorized Credit<br>BANKCARD 8076 MTOT DEP 150521<br>554402000149997 | 1,343.33 |
| 05-22 | Deposit | 500.00 |
| 05-22 | ' Preauthorized Credit<br>BANKCARD 8076 MTOT DEP 150522<br>554402000149997 | 1,369.31 |
| 05-28 | Deposit | 3,949.63 |
| 05-28 | ' Incoming Wire<br>201505280025428 WFB FBO FDMS PRIORMELVILLE NY 11747-<br>DBA WOODLAND | 32,904.37 |
| 05-29 | ' Preauthorized Credit<br>BANKCARD 8076 MTOT DEP 150529<br>554402000149997 | 1,597.88 |

**DAILY BALANCES**

| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|
| 04-30 | 5,674.42 | 05-12 | 10,138.57 | 05-22 | 3,863.57 |
| 05-01 | 3,581.92 | 05-13 | 1,185.03 | 05-26 | -7,905.42 |
| 05-04 | -6,536.06 | 05-14 | 1,020.15 | 05-27 | -12,903.05 |
| 05-05 | 22,878.52 | 05-15 | 1,923.77 | 05-28 | 14,140.99 |
| 05-06 | 5,584.93 | 05-18 | 3,267.08 | 05-29 | 14,351.71 |
| 05-07 | 2,921.16 | 05-19 | 6,872.54 | 05-31 | 14,344.68 |
| 05-08 | 688.86 | 05-20 | 4,095.66 | | |
| 05-11 | 5,094.11 | 05-21 | 2,955.66 | | |

**OVERDRAFT/RETURN ITEM FEES**

| | Total for<br>this period | Total<br>year-to-date |
|------|--------------------------|-----------------------|
| Total Overdraft Fees | $655.00 | $865.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

*Thank you for banking with Alma Bank*





05/15/2015   Deposit   $500.00



05/15/2015   Deposit   $1,316.00



05/18/2015   Deposit   $1,650.00





05/22/2015   Deposit   $500.00



05/28/2015   Deposit   $3,949.63

7615

Account: 620003278
Page: 9




05/06/2015    $6,722.03




05/06/2015    $7,717.00




05/11/2015    $3,000.00




05/14/2015    $1,828.32




05/18/2015    $4,000.00

7615

Account: 620003278
Page: 10




05/20/2015    $1,263.66




05/21/2015    1120    $88.00




05/04/2015    1143    $114.00






05/04/2015    1161    $262.00




05/04/2015    1168    $118.00



05/13/2015   1188   $234.00

05/05/2015   1199   $162.00

05/05/2015   1208   $1,500.00

05/04/2015   1209   $3,760.00

05/06/2015   1211   $263.75




05/04/2015  1212  $3,000.00




05/06/2015  1213  $3,500.00




05/11/2015  1214  $2,000.00






05/11/2015  1215  $5,008.15




05/11/2015  1216  $960.00



05/28/2015   1217   $258.00

05/13/2015   1219   $341.00

05/07/2015   1220   $750.00



05/12/2015   1221   $2,500.00



05/20/2015   1222   $2,900.00

7615

Account: 620003278
Page: 14




05/13/2015    1223    $3,000.00




05/27/2015    1224    $171.00




05/26/2015    1225    $353.00






05/14/2015    1226    $124.00




05/26/2015    1227    $308.00



05/13/2015   1229   $245.00

05/15/2015   1230   $352.00

05/26/2015   1231   $216.00

05/13/2015   1232   $432.00

05/12/2015   1233   $960.00

7615

Account: 620003278
Page: 16




05/13/2015    1234    $557.00




05/13/2015    1235    $385.00






05/12/2015    1236    $1,000.00




05/13/2015    1237    $750.00




05/19/2015    1238    $2,000.00



05/18/2015  1239  $4,711.00

05/19/2015  1240  $429.68

05/13/2015  1241  $900.00

05/18/2015  1242  $272.00

05/13/2015  1243  $2,000.00

 

05/28/2015    1244    $447.60

 

05/26/2015    1245    $3,900.00

 



05/26/2015    1246    $562.99

 

05/26/2015    1247    $231.00

 

05/21/2015    1248    $138.00

Account:  620003278
Page:  19



05/21/2015   1249   $398.00

05/21/2015   1252   $361.00

05/26/2015   1253   $212.00

05/26/2015   1254   $530.00

05/28/2015   1255   $209.00




05/21/2015   1256   $1,364.00




05/22/2015   1257   $427.00






05/22/2015   1258   $348.00




05/26/2015   1259   $570.00




05/26/2015   1260   $750.00

Account:  620003278
Page:  21




05/26/2015    1261    $750.00




05/27/2015    1262    $1,000.00




05/27/2015    1263    $2,000.00

# RECONCILEMENT OF ACCOUNT
# PLEASE REPORT ANY ERRORS PROMPTLY

## CHECKS OUTSTANDING

**If your account does not balance, please check the following carefully.**

o Have you correctly entered the amount of each check in your checkbook register?

o Are the amounts of your deposits entered in your check book register the same as those shown on the images of deposit slips received with your statement?

o Have all checks/card transactions been deducted from your check book balance?

o Have you checked all additions and subtractions in your check book register?

o Have you carried the correct balances forward when writing checks or entering deposits?

| NUMBER | AMOUNT | |
|--------|--------|--|
| | $ | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **TOTAL** | $ | |

Bank Balance
From Statement

$_____

Add: Deposits NOT Included
In This Statement

$_____

Total:   $_____

Less: Checks/Card
Transactions Outstanding

$_____

Revised Bank Balance

$_____

Check Book Balance

$_____

---

### EXPLANATION OF BALANCE ON WHICH FINANCE CHARGE IS COMPUTED

We calculate the FINANCE CHARGE on your account by multiplying the daily balance of your account including current transactions, by the daily periodic rate each day during the billing cycle. This gives us a daily finance charge. Then we add together each daily finance charge to derive a total FINANCE CHARGE for the billing cycle. To get the daily balance on which each daily finance charge is computed, we take the beginning of your account each day, add any new advances and subtract any payments or credits and unpaid finance charges. To validate the amount of your finance charge multiply the number of days in the billing cycle by the average daily balance shown, then multiply the product by the daily periodic rate.
*Note: If the statement closing date falls on a Friday or on any business day immediately prior to a non -business day, the number of days in the billing cycle will include the subsequent number of non-business days until the next business day, and the finance charge will continue to accrue. However, the number of days in the next billing cycle will not include any days included in the prior cycle.

### FOR CONSUMER LOAN ACCOUNTS ONLY- BILLING RIGHTS SUMMARY
**In case of Errors or Questions About Your Account Statement**
If you think your statement is wrong, or if you need more information about a transaction on your statement, write us on a separate sheet at the address shown on the face of this statement as soon as possible. We must hear from you no later than 60 days after we send you the FIRST statement on which the error or problem appeared. You can telephone us but doing so will not preserve your rights. In your letter, include the following information:
  (1) Your name and account number
  (2) The dollar amount and the date of the suspected error
  (3) Describe the error and explain if you can, why you believe there is an error. You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your statement that are not in question. While we investigate your question, we cannot report you as delinquent or take action to collect the amount you question.

### FOR CONSUMER ACCOUNTS ONLY - IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS
If you need more information about an electronic transfer appearing on this statement or if you think your statement or receipt is wrong, please telephone or write us as soon as possible at the phone number or address designated on the front of this statement. We must hear from you no later than 60 days after we send you the FIRST statement on which the error or problem appeared. In your letter include the following:
  (1) Your name and account number.
  (2) Describe the error or the transfer you are unsure about, and explain as best as you can why you believe there is an error or why you need more information.
  (3) The dollar amount and the date of the suspected error
We will investigate your complaint and will correct any error promptly. We require that you provide written notice of any alleged error within 10 business days of any oral notice. If we take more than 10 business days to do this, we will re-credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation. If you would like to confirm that an automatic deposit to your account has been made as scheduled, you may call us during normal business hours at the phone number designated on the front of this statement.



EQUAL HOUSING LENDER

**Member FDIC**
20150129 MKT OPS COM 01