UNITED STATES BANKRUPTCY COURT
*Eastern* DISTRICT OF *New York*

In re Prime Six Inc                                        Case No. 1-15-42334
    Debtor                                        Reporting Period:    30-Jun-15

Federal Tax I.D. # 27-2373853

## SINGLE ASSET REAL ESTATE COMPANIES

**File with the Court and submit a copy to the United States Trustee within 20 days after the end of the month and submit a copy of the report to any official committee appointed in the case.**
*(Reports for Rochester and Buffalo Divisions of Western District of New York are due 15 days after the end of the month, as are the reports for Southern District of New York.)*

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 (RE) | | |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1 (CON'T) | | |
|     Copies of bank statements | | | |
|     Cash disbursements journals | | | |
| Statement of Operations | MOR-2 (RE) | | |
| Balance Sheet | MOR-3 (RE) | | |
| Status of Post-petition taxes | MOR-4 (RE) | | |
|     Copies of IRS Form 6123 or payment receipt | | | |
|     Copies of tax returns filed during reporting period | | | |
| Summary of Unpaid Post-petition Debts | MOR-4 (RE) | | |
|     Listing of Aged Accounts Payable | | | |
| Accounts Receivable reconciliation and aging | MOR-5 (RE) | | |
| Taxes reconciliation and Aging | MOR-5 (RE) | | |
| Payments to Insiders and Professional | MOR-6 (RE) | | |
| Post Petition Status of Secured Notes, Leases Payable | MOR-6 (RE) | | |
| Debtor Questionnaire | MOR-7 (RE) | | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that this report and the attached documents are true and correct to the best of my knowledge and belief.

Signature of Debtor  /s/ *Akiva Ofshtein.*           Date 7/21/2015

Signature of Authorized Individual*               Date

Printed Name of Authorized Individual             Date

*Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor is a partnership; a manager or member if debtor is a limited liability company.

In re Prime Six Inc _____     Case No. 1-15-42334
　　　　Debtor                                        Reporting Period:   30-Jun-15 _____

## SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS

Amounts reported should be from the debtor's books and not the bank statement.   The beginning cash should be the ending cash from the prior month
or, if this is the first report,  the amount should be the balance on the date the petition was filed.  The amounts reported in the "CURRENT MONTH -
ACTUAL" column must equal the sum of the three bank account columns.  Attach copies of the bank statements and the cash disbursements journal.
The total disbursements listed in the disbursements journal must equal the total disbursements reported on this page.  A bank reconciliation must be
attached for each account.  [See MOR-1 (CON'T)]

| | BANK ACCOUNTS | | | |
| --- | --- | --- | --- | --- |
| ACCOUNT NUMBER (LAST 4) | OPER | TAX | CASH ON HAND | CURRENT MONTH ACTUAL (TOTAL OF ALL ACCOUNTS) |
| CASH BEGINNING OF MONTH | $      (6,779.50) | | $      300.00 | $      (6,479.50) |
| RECEIPTS | | | | |
| CASH SALES | $      176,802.13 | | $      19,774.00 | $      196,576.13 |
| ACCOUNTS RECEIVABLE - PREPETITION | | | | |
| ACCOUNTS RECEIVABLE - POSTPETITION | | | | |
| LOANS AND ADVANCES | | | | |
| SALE OF ASSETS | | | | |
| OTHER (ATTACH LIST) | | | | |
| TRANSFERS (FROM DIP ACCTS) | | | | |
| 　　TOTAL RECEIPTS | $      176,802.13 | | $      19,774.00 | |
| DISBURSEMENTS | | | | |
| NET PAYROLL | $      22,167.67 | | | $      22,167.67 |
| PAYROLL TAXES | | | | |
| SALES, USE, & OTHER TAXES | $      3,884.00 | | | |
| INVENTORY PURCHASES | $      54,446.76 | | $      3,969.00 | $      58,415.76 |
| SECURED/ RENTAL/ LEASES | $      11,367.72 | | | |
| INSURANCE | $      3,204.81 | | | |
| ADMINISTRATIVE | | | | |
| SELLING | | | | |
| OTHER (ATTACH LIST) | $62,642.72 | | $13,805.00 | $      76,447.72 |
| OWNER DRAW * | | | | |
| TRANSFERS (TO DIP ACCTS) | | | | |
| PROFESSIONAL FEES | | | | |
| U.S. TRUSTEE  QUARTERLY FEES | | | | |
| COURT COSTS | | | | |
| TOTAL DISBURSEMENTS | $      157,713.68 | | $      17,774.00 | $      175,487.68 |
| | | | | |
| NET CASH FLOW | $      19,088.45 | | $      2,000.00 | $      3,037.75 |
| (RECEIPTS LESS DISBURSEMENTS) | | | | |
| | | | | |
| CASH – END OF MONTH | $      12,308.95 | | $      2,300.00 | $      14,608.95 |

### THE FOLLOWING SECTION MUST BE COMPLETED
DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES: (FROM CURRENT MONTH ACTUAL COLUMN)

| | |
| --- | --- |
| TOTAL DISBURSEMENTS | $      157,713.68 |
| 　　LESS:  TRANSFERS TO OTHER DEBTOR IN POSSESSION ACCOUNTS | |
| 　　PLUS:  ESTATE DISBURSEMENTS MADE BY OUTSIDE SOURCES  (i.e. from escrow accounts) | |
| TOTAL DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES | $      157,713.68 |

In re Prime Six Inc                        Case No. 1-15-42334
       Debtor                                Reporting Period:    30-Jun-15

| OTHER *(ATTACH LIST)* | | |
|---|---|---|
| | OPERATING | CASH |
| Auto | | |
| Bank service charge | | |
| Event planning | $7,300.00 | $6,820.00 |
| Bookkeeping | $6,000.00 | |
| Cleaning | $3,260.00 | |
| office supplies | $144.74 | $2,735.00 |
| Cook | $3,750.00 | |
| Promoters | $11,672.00 | |
| Telephone | | |
| prime 4 | | |
| Security | | $4,250.00 |
| Computer and internet | $766.10 | |
| Consulting | $16,401.22 | |
| Janitorial | $1,520.37 | |
| Management | $3,155.00 | |
| Merchant account fee | $3,944.04 | |
| Professional Development | $800.00 | |
| Repairs | $2,900.00 | |
| Telephone | $484.11 | |
| Utilities | $545.14 | |
| | | |
| | $62,642.72 | $13,805.00 |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

In re Prime Six Inc
_____
Debtor

Case No. 1-15-42334
Reporting Period:     30-Jun-15

## BANK RECONCILIATIONS

**Continuation Sheet for MOR-1**

A bank reconciliation must be included for each bank account. The debtor's bank reconciliation may be substituted
for this page.
(Bank account numbers may be redacted to last four numbers.)

| | Operating | Tax | Other |
|---|---|---|---|
| | # | # | # |
| **BALANCE PER BOOKS** | $   12,308.95 | | |
| | | | |
| BANK BALANCE | $   19,597.13 | | |
| (+) DEPOSITS IN TRANSIT *(ATTACH LIST)* | | | |
| (-) OUTSTANDING CHECKS *(ATTACH LIST) :* | $   7,288.18 | | |
| OTHER *(ATTACH EXPLANATION)CASH ON HAND* | | | |
| | | | |
| **ADJUSTED BANK BALANCE \*** | $   12,308.95 | | |

*"Adjusted Bank Balance" must equal "Balance per Books"

| DEPOSITS IN TRANSIT | Date | # | Amount |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

| CHECKS OUTSTANDING | Date | Ck. # | Amount |
|---|---|---|---|
| USON ISAKOV | 06/30/15 | | $   178.74 |
| ANAIS CRUZ | 06/30/15 | 1318 | $   164.00 |
| ANAIS CRUZ | 06/30/15 | 1343 | $   189.49 |
| ANTHONY JOHNSON | 06/30/15 | 1405 | $   429.41 |
| CHANTELLE HILL | 06/30/15 | 1406 | $   418.15 |
| CHRISTELLE FELIX | 06/30/15 | 1407 | $   347.87 |
| DANIELLE WILLIAMS | 06/30/15 | 1408 | $   306.13 |
| FREDERIC PENA | 06/30/15 | 1409 | $   322.31 |
| HASSAN SIMS | 06/30/15 | 1410 | $   378.43 |
| INDISMEL SANTANA | 06/30/15 | 1411 | $   455.05 |
| JAMEL HARRIS | 06/30/15 | 1412 | $   307.33 |
| JIGME LAMA | 06/30/15 | 1413 | $   428.13 |
| MALARIEAYN CORRERA | 06/30/15 | 1414 | $   207.81 |
| MAMADU DATTI | 06/30/15 | 1415 | $   489.59 |
| MARITZA RODRIGUEZ | 06/30/15 | 1416 | $   535.19 |
| MAXWELL SMITH | 06/30/15 | 1417 | $   205.98 |
| OWEN KAVANAGH | 06/30/15 | 1418 | $   339.40 |
| SHENNEL HUNTE | 06/30/15 | 1419 | $   308.70 |
| MOHAMADU CALIBALI | 06/30/15 | 1420 | $   361.00 |
| MAHAMED DOUCOURE | 06/30/15 | 1421 | $   737.47 |
| JUDITH JEAN | 06/30/15 | 1274 | $   178.00 |
| | | | |
| TOTAL | | | $   7,288.18 |

OTHER

_____
_____
_____
_____
_____

| In re Prime Six Inc | Case No. 1-15-42334 |
|---|---|
| **Debtor** | **Reporting Period:** **30-Jun-15** |

### STATEMENT OF OPERATIONS (Income Statement)

The Statement of Operations is to be prepared on an accrual basis. The accrual basis of accounting recognizes revenue
when it is realized and expenses when they are incurred, regardless of when cash is actually received or paid.

| INCOME | MONTH | CUMULATIVE -FILING TO DATE |
|---|---|---|
| Income | $ 167,398.71 | $ 213,160.09 |
| Additional Rental Income | | |
| Common Area Maintenance Reimbursement | | |
| Total Income *(attach MOR-5 (RE) Rent Roll)* | $ 167,398.71 | $ 213,160.09 |
| **OPERATING EXPENSES** | | |
| Advertising | | |
| Auto and Truck Expense | | $ 680.00 |
| Cleaning and Maintenance | | |
| Commissions | | |
| Officer/Insider Compensation* | | |
| Donation | | |
| Management Fees/Bonuses | | |
| Office Expense | $ 2,851.00 | $ 2,926.00 |
| Transportation | | |
| Salaries | $ 17,581.76 | $ 32,234.66 |
| Payroll Tax | $ 3,337.00 | $ 5,115.11 |
| Insurance | $ 3,204.81 | $ 3,204.81 |
| Other Interest | | |
| Repairs and Maintenance | $ 3,900.00 | $ 2,900.00 |
| Taxes | | |
| Bank Charges | | $ 592.03 |
| Rent | $ 15,117.00 | $ 15,117.00 |
| Telephone | $ 484.16 | $ 1,255.79 |
| Utilities | $ 545.14 | $ 545.14 |
| Postage | | |
| Other *(attach schedule)* | $109,160.32 | $151,550.30 |
| Total Operating Expenses Before Depreciation | | |
| Depreciation/Depletion/Amortization | $ 1,600.00 | $ 8,237.00 |
| Net Profit (Loss) Before Other Income & Expenses | $ 9,617.52 | $ (11,197.75) |
| **OTHER INCOME AND EXPENSES** | | |
| Other Income *(attach schedule)* | | |
| Interest Expense | | |
| Other Expense *(attach schedule)* | | |
| Net Profit (Loss) Before Reorganization Items | $ - | $ - |
| **REORGANIZATION ITEMS** | | |
| Professional Fees | $ 300.00 | $ 300.00 |
| U. S. Trustee Quarterly Fees | $ 1,625.00 | $ 1,625.00 |
| Interest Earned on Accumulated Cash from Chapter 11 *(see continuation sheet)* | | |
| Gain (Loss) from Sale of Property | | |
| Other Reorganization Expenses *(attach schedule)* | | |
| Total Reorganization Expenses | | |

**In re** Prime Six Inc                                                    **Case No.** 1-15-42334

| Debtor | Reporting Period: | 30-Jun-15 |
|---|---|---|
| Income Taxes | | |
| Net Profit (Loss) | $ 7,692.52 | $ (13,122.75) |

*"Insider" is defined in 11 U.S.C. Section 101(31).

| In re Prime Six Inc | Case No. 1-15-42334 | |
|---|---|---|
| **Debtor** | **Reporting Period:** | **30-Jun-15** |

## BREAKDOWN OF "OTHER" CATEGORY

OTHER OPERATIONAL EXPENSES

| | | |
|---|---|---|
| Event Planning | $7,300.00 | $9,300.00 |
| Purchases | $54,065.80 | $80,310.78 |
| Bookkeeping | $1,000.00 | $5,500.00 |
| Cleaning | $3,260.00 | $4,010.00 |
| Outside labor-cook, management | $6,905.00 | $8,225.00 |
| Promoter Expense | $18,891.83 | $20,466.83 |
| Security | $4,250.00 | $4,250.00 |
| Professional development | $800.00 | $800.00 |
| Janitorial | $1,520.37 | $1,520.37 |
| Consulting | $10,401.22 | $16,401.22 |
| Computer and internet | $766.10 | $766.10 |
| | | |
| | | |
| Total | **$109,160.32** | **$151,550.30** |

OTHER INCOME

| | | |
|---|---|---|
| | | |
| | | |
| | | |

OTHER EXPENSES

| | | |
|---|---|---|
| | | |
| | | |
| | | |

OTHER REORGANIZATION EXPENSES

| | | |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

**Reorganization Items - Interest Earned on Accumulated Cash from Chapter 11:**
Interest earned on cash accumulated during the chapter 11 case, which would not have been earned but for the
bankruptcy proceeding, should be reported as a reorganization item.

In re Prime Six Inc

**Debtor**

Case No. 1-15-42334

Reporting Period: 30-Jun-15

## BALANCE SHEET

The Balance Sheet is to be completed on an accrual basis only. Pre-petition liabilities must be classified separately from post-petition obligations.

| ASSETS | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE AT END OF PRIOR REPORTING MONTH | BOOK VALUE ON PETITION DATE OR SCHEDULED |
|---|---|---|---|
| **CURRENT ASSETS** | | | |
| Unrestricted Cash and Equivalents | $ 14,608.95 | $ 630.68 | $ (1,787.06) |
| Restricted Cash and Cash Equivalents *(see continuation sheet)* | | | |
| Accounts Receivable (Net) | | | |
| Notes Receivable | | | |
| Prepaid Expenses | $ 10,000.00 | | |
| Professional Retainers | | | |
| Other Current Assets *(attach schedule)* | $ 13,950.00 | $ 3,000.00 | $ 3,000.00 |
| TOTAL CURRENT ASSETS | $ 38,558.95 | $ 3,630.68 | $ 1,212.94 |
| **PROPERTY & EQUIPMENT** | | | |
| Real property and Improvements | | | |
| Machinery and Equipment | $ 69,797.00 | $ 69,797.00 | $ 69,797.00 |
| Furniture, Fixtures and Office Equipment | $ 50,000.00 | $ 50,000.00 | $ 50,000.00 |
| Leasehold Improvements | $ 938,055.00 | $ 938,055.00 | $ 938,055.00 |
| Vehicles | | | |
| Less: Accumulated Depreciation | $ (217,506.00) | $ (215,906.00) | $ (209,269.00) |
| TOTAL PROPERTY & EQUIPMENT | $ 840,346.00 | $ 841,946.00 | $ 848,583.00 |
| **OTHER ASSETS** | | | |
| Amounts due from Insiders* | | | |
| Other Assets *(attach schedule)* | $ 46,917.00 | $ 46,917.00 | $ 46,917.00 |
| TOTAL OTHER ASSETS | | | |
| TOTAL ASSETS | $ 925,821.95 | $ 892,493.68 | $ 896,712.94 |

| LIABILITIES AND OWNER EQUITY | | BOOK VALUE AT END OF PRIOR REPORTING MONTH | |
|---|---|---|---|
| **LIABILITIES NOT SUBJECT TO COMPROMISE (Postpetition)** | | | |
| Accounts Payable | | | |
| Customer Deposits | | | |
| Taxes Payable *(refer to FORM MOR-4)* | $ 31,557.48 | $ 9,230.43 | |
| Notes Payable | | | |
| Rent / Leases - Building/Equipment | $ 3,749.28 | | |
| Secured Debt / Adequate Protection Payments | | | |
| Professional Fees | $ 300.00 | | |
| Amounts Due to Insiders* | | | |
| Other Post-petition Liabilities *(attach schedule)* | $ 1,625.00 | $ 2,365.58 | |
| TOTAL POST-PETITION LIABILITIES | $ 37,231.76 | $ 11,596.01 | |
| **LIABILITIES SUBJECT TO COMPROMISE (Pre-Petition)** | | | |
| Secured Debt | | | |
| Priority Debt | | | |
| Unsecured Debt | $ 1,620,969.25 | $ 1,620,969.25 | $ 1,620,969.25 |
| Unsecured Debt-Loan from shareholder | | | |
| TOTAL PRE-PETITION LIABILITIES | $ 1,620,969.25 | | |
| TOTAL LIABILITIES | $ 1,658,201.01 | $ 1,632,565.26 | $ 1,620,969.25 |
| **OWNERS' EQUITY** | | | |
| Owner's Equity Account | $ 801,601.00 | $ 801,601.00 | $ 801,601.00 |
| Retained Earnings - Pre-Petition | $ (1,525,857.31) | $ (1,525,857.31) | $ (1,525,857.31) |
| Retained Earnings - Post-petition | $ (8,123.75) | $ (15,815.27) | |
| Adjustments to Owner Equity *(attach schedule)* | | | |
| Post-petition Contributions *(attach schedule)* | | | |
| NET OWNERS' EQUITY | $ (732,379.06) | $ (740,071.58) | $ (724,256.31) |
| TOTAL LIABILITIES AND OWNERS' EQUITY | $ 925,821.95 | $ 892,493.68 | $ 896,712.94 |

*"Insider" is defined in 11 U.S.C. Section 101(31).

In re Prime Six Inc            Case No. 1-15-42334

Debtor            Reporting Period:      30-Jun-15

**BALANCE SHEET - continuation section**

| ASSETS | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE AT END OF PRIOR REPORTING MONTH | BOOK VALUE ON PETITION DATE |
|---|---|---|---|
| Other Current Assets | | | |
| Inventory | $ 13,950.00 | | $ 3,000.00 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| Other Assets | | | |
| Security Deposit | $ 46,917.00 | | $ 46,917.00 |
| | | | |

| LIABILITIES AND OWNER EQUITY | BOOK VALUE AT END OF CURRENT REPORTING MONTH | | BOOK VALUE ON PETITION DATE |
|---|---|---|---|
| Other Post-petition Liabilities | | | |
| Salaries Payable | | $ 2,365.58 | |
| Trustee fee payable | 1625 | | |
| | | | |
| | | | |
| | | | |
| | | | |
| Adjustments to Owner's Equity | | | |
| | | | |
| | | | |
| | | | |
| Post-Petition Contributions | | | |
| | | | |
| | | | |
| | | | |

Restricted Cash: Cash that is restricted for a specific use and not available to fund operations.
Typically, restricted cash is segregated into a separate account, such as an escrow account.

In re Prime Six Inc

**Debtor**

Case No. 1-15-42334

Reporting Period: 30-Jun-15

## STATUS OF POST-PETITION TAXES

The beginning tax liability should be the ending liability from the prior month or, if this is the first report, the amount should be 0

Attach photocopies of IRS Form 6123 or payment receipt to verify payment or deposit of federal payroll taxes

Attach photocopies of any tax returns filed during the reporting period

| | Beginning Tax | Amount Withheld and/or Accrued | Amount Paid | Date Paid | Check# or EFT | Ending Tax |
|---|---|---|---|---|---|---|
| **Federal** | | | | | | |
| Withholding | $ 2,699.14 | $ 3,584.13 | | | | $ 6,283.27 |
| FICA-Employer | $ 656.50 | $ 2,454.12 | | | | $ 3,110.62 |
| Fica-Employer | $ 656.50 | $ 2,454.12 | | | | $ 2,454.12 |
| Unemployment | | | | | | |
| Income | | | | | | |
| Other: | | | | | | |
| Total Federal Taxes | $ 4,012.14 | $ 8,492.37 | | | | $ 12,504.51 |
| **State and Local** | | | | | | |
| Withholding | $ 919.18 | $ 2,156.62 | | | | $ 3,075.80 |
| Sales | $ 3,834.00 | $ 14,679.23 | $ (3,884.00) | | | $ 14,629.23 |
| Excise | | | | | | |
| Unemployment | $ 465.11 | $ 882.83 | | | | $ 1,347.94 |
| Real Property | | | | | | |
| Personal Property | | | | | | |
| Other: | | | | | | |
| Total State and Local | $ 5,218.29 | $ 17,718.68 | | | | $ 22,936.97 |
| **Total Taxes** | $ 9,230.43 | $ 26,211.05 | $ (3,884.00) | | | $ 31,557.48 |

## SUMMARY OF UNPAID POST PETITION DEBTS

In re Prime Six Inc

| Debtor | | | | | Case No. 1-15-42334 | | |
|---|---|---|---|---|---|---|---|
| | | | Reporting Period: | | 30-Jun-15 | | |
| | | | Number of Days Past Due | | | | |
| | Current | 0-30 | 31-60 | 61-90 | Over 91 | | Total |
| Accounts payable | | | | | | | |
| Wages Payable | | | | | | | |
| Taxes Payable | $ 26,211.05 | $ 5,346.43 | | | | $ | 31,557.48 |
| Rent/Lease Building | | | | | | | |
| rent/Lease Equipment | $ 3,749.28 | | | | | $ | 3,749.28 |
| Secured Debt | | | | | | | |
| Professional Fees | $ 300.00 | | | | | $ | 300.00 |
| Amount Due to Insiders | | | | | | | |
| Other | $ 1,625.00 | | | | | $ | 1,625.00 |
| Other | | | | | | | |
| Total Post-petition Debts | $ 31,885.33 | $ 5,346.43 | $ - | $ - | $ - | $ | 37,231.76 |

Explain how and when the Debtor intends to pay any past due post-petition debts.

_____

_____

_____

_____

In re Prime Six Inc
   **Debtor**

## ACCOUNTS RECEIVABLE RECONCILIATION

| Accounts Receivable Reconciliation | AMOUNT |
|---|---|
| Total Accounts Receivable at the beginning of the reporting period | |
| Plus: Amounts billied during the period | |
| Less: Amounts Collecected during the period | |
| Total Accounts Receivable at the beginning of the reporting period | |

| Accounts Receivable Aging | 0-30 Days | 31-60 Days | 61-90 Days | 91+ Days | Total |
|---|---|---|---|---|---|
| 0-30 Days | | | | | |
| 31-60 days old | | | | | |
| 61-90 days old | | | | | |
| 91+ days old | | | | | |
| Total Accounts Receivable | | | | | |
| Less: Bad Debts(Amount Considered Uncollectible) | | | | | |
| Net Accounts Receivable | | | | | |

## TAXES RECONCILIATION AND AGING

In re Prime Six Inc
_____
        Debtor

Case No. 1-15-42334
Reporting Period:  30-Jun-15

| Taxes Payable | 0-30 Days | 31-60 Days | 61-90 Days | 91+ Days | Total |
|---|---|---|---|---|---|
| 0-30 Days | | | | | |
| 31-60 days old | | | | | |
| 61-90 days old | | | | | |
| 91+ days old | | | | | |
| Total Taxes Payable | | | | | |
| Total Accounts Payable | | | | | |

FORM MOR-5 (RE)
2/2008
PAGE 13 OF 15

In re  Prime Six Inc
      Debtor

Case No. 1-15-42334

Reporting Period:    30-Jun-15

## PAYMENTS TO INSIDERS AND PROFESSIONALS

Of the total disbursements shown on the Cash Receipts and Disbursements Report (MOR-1) list the amount paid to insiders (as defined in Section 101(31) (A)-(F) of the U.S. Bankruptcy Code) and to professionals. For payments to insiders, identify the type of compensation paid (e.g. Salary, Bonus, Commissions, Insurance, Housing Allowance, Travel, Car Allowance, Etc.). Attach additional sheets if necessary.

| INSIDERS | | | |
|---|---|---|---|
| NAME | TYPE OF PAYMENT | AMOUNT PAID | TOTAL PAID TO DATE |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| TOTAL PAYMENTS TO INSIDERS | | | |

| PROFESSIONALS | | | | | |
|---|---|---|---|---|---|
| NAME | DATE OF COURT ORDER AUTHORIZING PAYMENT | AMOUNT APPROVED | AMOUNT PAID | TOTAL PAID TO DATE | TOTAL INCURRED & UNPAID* |
| | | | | $ - | $ - |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| TOTAL PAYMENTS TO PROFESSIONALS | | $ - | $ - | $ - | $ - |

* INCLUDE ALL FEES INCURRED, BOTH APPROVED AND UNAPPROVED

### POST-PETITION STATUS OF SECURED NOTES, LEASES PAYABLE AND ADEQUATE PROTECTION PAYMENTS

| NAME OF CREDITOR | SCHEDULED MONTHLY PAYMENT DUE | AMOUNT PAID DURING MONTH | TOTAL UNPAID POST PETITION |
|---|---|---|---|
| | | | - |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| TOTAL PAYMENTS | | - | - |

In re Prime Six Inc _____    Case No. 1-15-42334 _____
　　　Debtor                                   Reporting Period: ____30-Jun-15____

# DEBTOR QUESTIONNAIRE

| Must be completed each month. If the answer to any of the questions is "Yes", provide a detailed explanation of each item. Attach additional sheets if necessary. | Yes | No |
|---|---|---|
| 1 Have any assets been sold or transferred outside the normal course of business this reporting period? | | x |
| 2 Have any funds been disbursed from any account other than a debtor in possession account this reporting period? | | x |
| 3 Is the Debtor delinquent in the timely filing of any post-petition tax returns? | | x |
| 4 Are workers compensation, general liability or other necessary insurance coverages expired or cancelled, or has the debtor received notice of expiration or cancellation of such policies? | | x |
| 5 Is the Debtor delinquent in paying any insurance premium payment? | | x |
| 6 Have any payments been made on pre-petition liabilities this reporting period? | | x |
| 7 Are any post petition receivables (accounts, notes or loans) due from related parties? | | x |
| 8 Are any post petition State or Federal income taxes past due? | | x |
| 9 Are any post petition real estate taxes past due? | | x |
| 10 Are any other post petition taxes past due? | | x |
| 11 Have any pre-petition taxes been paid during this reporting period? | | x |
| 12 Are any amounts owed to post petition creditors delinquent? | | x |
| 13 Have any post petition loans been been received by the Debtor from any party? | | x |
| 14 Is the Debtor delinquent in paying any U.S. Trustee fees? | | x |
| 15 Is the Debtor delinquent with any court ordered payments to attorneys or other professionals? | | x |
| 16 Have the owners or shareholders received any compensation outside of the normal course of business? | | x |

 **ALMA**BANK

 FDIC

28-31 31st Street, Astoria, NY 11102

Return Service Requested

RETURN SERVICE REQUESTED

7793
PRIME SIX INC
D/B/A FOXGLOVE
D/B/A WOODLAND
242 FLATBUSH AVE
BROOKLYN NY 11217

Last statement: May 31, 2015
This statement: June 30, 2015
Total days in statement period: 30

Page 1

( 143 )

Direct inquiries to:
855-541-1000

Alma Bank
28-31 31St Street
Astoria NY 11102

*ALMA BANK INTRODUCES ALMA MOBILE CASH. THERE IS A NEW WAY TO ACCESS CASH FROM AN ALMA BANK ATM, AND IT DOES NOT EVEN REQUIRE A CARD. ALMA MOBILE CASH OFFERS THE NEWEST, MOST SECURE WAY TO WITHDRAW CASH BY USING JUST YOUR SMART PHONE. IT IS FASTER, MORE CONVENIENT AND SAFER THAN USING YOUR ATM OR DEBIT CARD. TO LEARN MORE VISIT US ON THE WEB AT ALMABANK.COM.*

## Flexible Checking



| | | | |
|---|---|---|---|
| Account number | | Beginning balance | $14,344.68 |
| Enclosures | 143 | Total additions | 176,802.13 |
| Low balance | $4.47 | Total subtractions | 171,549.68 |
| Average balance | $11,292.24 | Ending balance | $19,597.13 |
| Avg collected balance | $11,191 | | |

### CHECKS

| Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|
| | 06-02 | 3,779.24 | 1267 | 06-02 | 290.00 |
| | 06-03 | 2,540.52 | 1268 | 06-01 | 1,909.00 |
| | 06-08 | 2,158.14 | 1269 | 06-01 | 765.00 |
| | 06-08 | 3,794.24 | 1271 * | 06-01 | 625.00 |
| | 06-16 | 3,794.24 | 1272 | 06-02 | 268.00 |
| | 06-16 | 4,446.63 | 1273 | 06-02 | 423.00 |
| | 06-24 | 4,145.37 | 1275 * | 06-02 | 253.00 |
| 1089 | 06-10 | 142.50 | 1276 | 06-01 | 650.00 |
| 1090 | 06-09 | 116.95 | 1277 | 06-01 | 1,000.00 |
| 1251 * | 06-10 | 80.00 | 1278 | 06-09 | 750.00 |
| 1264 * | 06-03 | 384.00 | 1279 | 06-01 | 2,500.00 |
| 1265 | 06-01 | 770.00 | 1280 | 06-01 | 3,632.00 |
| 1266 | 06-01 | 575.00 | 1281 | 06-02 | 2,500.00 |

7793

PRIME SIX INC                                                    Page 2
June 30, 2015

| Number | Date | Amount | Number | Date | Amount |
|--------|------|--------|--------|------|--------|
| 1282 | 06-03 | 105.00 | 1335 | 06-18 | 427.00 |
| 1283 | 06-09 | 258.00 | 1336 | 06-12 | 1,230.00 |
| 1284 | 06-09 | 240.00 | 1337 | 06-11 | 572.00 |
| 1285 | 06-04 | 330.00 | 1338 | 06-11 | 2,900.00 |
| 1286 | 06-08 | 383.00 | 1339 | 06-11 | 1,810.00 |
| 1287 | 06-09 | 456.00 | 1340 | 06-15 | 750.00 |
| 1288 | 06-03 | 330.00 | 1341 | 06-15 | 260.00 |
| 1290 * | 06-08 | 223.00 | 1342 | 06-15 | 3,000.00 |
| 1291 | 06-08 | 340.00 | 1344 * | 06-23 | 405.78 |
| 1292 | 06-12 | 442.00 | 1345 | 06-19 | 556.15 |
| 1293 | 06-05 | 442.00 | 1346 | 06-17 | 293.02 |
| 1294 | 06-08 | 329.00 | 1347 | 06-17 | 492.75 |
| 1296 * | 06-04 | 1,500.00 | 1348 | 06-23 | 673.60 |
| 1297 | 06-08 | 457.00 | 1349 | 06-18 | 546.46 |
| 1298 | 06-08 | 590.00 | 1350 | 06-29 | 51.02 |
| 1299 | 06-10 | 2,000.00 | 1351 | 06-18 | 380.61 |
| 1300 | 06-10 | 5,844.00 | 1352 | 06-22 | 486.65 |
| 1301 | 06-05 | 500.00 | 1353 | 06-25 | 432.33 |
| 1302 | 06-05 | 1,000.00 | 1354 | 06-18 | 506.41 |
| 1303 | 06-10 | 1,555.00 | 1355 | 06-17 | 737.47 |
| 1304 | 06-11 | 4,725.00 | 1357 * | 06-18 | 357.02 |
| 1305 | 06-12 | 792.09 | 1358 | 06-19 | 800.00 |
| 1306 | 06-16 | 108.54 | 1359 | 06-17 | 637.00 |
| 1307 | 06-25 | 399.83 | 1360 | 06-19 | 192.52 |
| 1308 | 06-10 | 1,000.00 | 1361 | 06-17 | 750.00 |
| 1309 | 06-10 | 1,500.00 | 1362 | 06-17 | 1,000.00 |
| 1310 | 06-15 | 720.00 | 1363 | 06-17 | 1,000.00 |
| 1311 | 06-19 | 522.22 | 1364 | 06-22 | 2,025.00 |
| 1312 | 06-11 | 300.00 | 1365 | 06-17 | 1,328.00 |
| 1313 | 06-25 | 154.00 | 1366 | 06-18 | 6,437.00 |
| 1314 | 06-15 | 1,520.37 | 1367 | 06-22 | 750.00 |
| 1315 | 06-10 | 750.00 | 1368 | 06-22 | 435.15 |
| 1316 | 06-16 | 1,447.90 | 1369 | 06-22 | 165.54 |
| 1317 | 06-12 | 2,000.00 | 1370 | 06-18 | 4,000.00 |
| 1319 * | 06-15 | 135.00 | 1371 | 06-17 | 140.00 |
| 1320 | 06-16 | 202.00 | 1372 | 06-18 | 1,137.00 |
| 1321 | 06-11 | 278.00 | 1373 | 06-19 | 287.86 |
| 1322 | 06-15 | 315.00 | 1374 | 06-24 | 3,884.00 |
| 1323 | 06-12 | 375.00 | 1376 * | 06-29 | 396.15 |
| 1324 | 06-12 | 397.00 | 1377 | 06-26 | 128.22 |
| 1326 * | 06-23 | 298.00 | 1378 | 06-24 | 258.72 |
| 1327 | 06-10 | 259.00 | 1379 | 06-25 | 287.81 |
| 1328 | 06-12 | 307.00 | 1380 | 06-26 | 380.95 |
| 1329 | 06-16 | 436.00 | 1381 | 06-30 | 253.00 |
| 1331 * | 06-18 | 287.00 | 1382 | 06-26 | 593.16 |
| 1332 | 06-10 | 960.00 | 1383 | 06-24 | 235.73 |
| 1333 | 06-10 | 440.00 | 1384 | 06-25 | 428.00 |
| 1334 | 06-12 | 325.00 | 1385 | 06-29 | 499.96 |

PRIME SIX INC                                                        Page 3
June 30, 2015

| Number | Date | Amount | Number | Date | Amount |
|--------|------|--------|--------|------|--------|
| 1386 | 06-30 | 502.76 | 1398 * | 06-23 | 1,185.00 |
| 1387 | 06-25 | 510.00 | 1399 | 06-29 | 504.93 |
| 1388 | 06-24 | 240.46 | 1400 | 06-29 | 236.79 |
| 1389 | 06-23 | 737.47 | 1402 * | 06-23 | 3,000.00 |
| 1390 | 06-25 | 381.32 | 1403 | 06-29 | 428.47 |
| 1391 | 06-26 | 700.00 | 1404 | 06-29 | 5,000.00 |
| 1392 | 06-24 | 706.00 | 1426 * | 06-30 | 1,000.00 |
| 1393 | 06-30 | 750.00 | 7835864 * | 06-04 | 732.58 |
| 1394 | 06-25 | 750.00 | 8174797 * | 06-25 | 619.64 |
| 1395 | 06-23 | 1,000.00 | * Skip in check sequence | | |
| 1396 | 06-26 | 4,040.00 | | | |

## DEBITS

| Date | Description | Subtractions |
|------|-------------|--------------|
| 06-02 | ' Preauthorized Wd<br>BANKCARD MTOT ADJ | 200.00 |
| 06-03 | ' Preauthorized Wd<br>BANKCARD MTOT DISC | 25.20 |
| 06-03 | ' Preauthorized Wd<br>BANKCARD 8715 MTOT DISC | 29.90 |
| 06-03 | ' Preauthorized Wd<br>DELUXE BUS SYS. BUS PRODS | 144.74 |
| 06-03 | ' Preauthorized Wd<br>BANKCARD 8076 MTOT DISC | 3,544.79 |
| 06-04 | ' Online Bkng Tr Dr<br>REF 1551843L FUNDS TRANSFER TO DEP XXXXX<br>FROM | 593.00 |
| 06-05 | ' Preauthorized Wd<br>Touro College Tuition | 800.00 |
| 06-05 | ' Preauthorized Wd<br>SWS of America CORP PMT | 1,774.04 |
| 06-10 | ' Preauthorized Wd<br>TIME WARNER CABL CABLE PAY | 545.14 |
| 06-10 | ' Preauthorized Wd<br>OPENTABLE | 651.10 |
| 06-10 | ' Preauthorized Wd<br>AMTRUST N A PAYMENT | 2,655.00 |



7793

RETURN SERVICE REQUESTED

PRIME SIX INC                                                    Page 4
June 30, 2015

| Date | Description | Subtractions |
|------|-------------|-------------|
| 06-12 | Preauthorized Wd | 1,687.43 |
|       | SWS of America CORP PMT | |
| 06-16 | Preauthorized Wd | 115.00 |
|       | SUPER PC SYSTEMS PURCHASE | |
| 06-17 | Preauthorized Wd | 474.00 |
|       | AMEX EPayment ACH PMT | |
| 06-17 | Preauthorized Wd | 819.00 |
|       | JPMorgan Chase Ext Trnsfr | |
| 06-17 | Preauthorized Wd | 3,000.00 |
|       | AMEX EPayment ACH PMT | |
| 06-18 | Preauthorized Wd | 2,843.23 |
|       | SWS of America CORP PMT | |
| 06-19 | Preauthorized Wd | 2.00 |
|       | BANKCARD MTOT ADJ | |
| 06-23 | Preauthorized Wd | 549.81 |
|       | PROG MAX INS CO INS PREM | |
| 06-25 | Preauthorized Wd | 142.15 |
|       | BANKCARD    MTOT DEP | |
| 06-25 | Preauthorized Wd | 1,575.80 |
|       | SWS of America CORP PMT | |
| 06-30 | Preauthorized Wd | 484.11 |
|       | VERIZON PaymentONE | |

**CREDITS**

| Date | Description | Additions |
|------|-------------|-----------|
| 06-01 | Preauthorized Credit | 1,898.37 |
|       | BANKCARD    MTOT DEP | |
| 06-01 | Preauthorized Credit | 11,519.48 |
|       | BANKCARD    MTOT DEP | |
| 06-02 | Preauthorized Credit | 12,384.58 |
|       | BANKCARD    MTOT DEP | |
| 06-03 | Preauthorized Credit | 732.79 |
|       | BANKCARD    MTOT DEP | |
| 06-04 | Preauthorized Credit | 1,805.56 |
|       | BANKCARD    MTOT DEP | |

7793

RETURN SERVICE REQUESTED

PRIME SIX INC                                           Page 5
June 30, 2015

| Date | Description | Additions |
|------|-------------|-----------|
| 06-05 | ' Online Bnking Tr Cr | 593.00 |
|  | REF 156065OL FUNDS TRANSFER FRMDEP XXXXX | |
|  | FROM | |
| 06-05 | ' Preauthorized Credit | 4,040.04 |
|  | BANKCARD        ITOT DEP 1 | |
| 06-08 | ' Preauthorized Credit | 593.59 |
|  | BANKCARD        ITOT DEP | |
| 06-08 | ' Preauthorized Credit | 14,313.05 |
|  | BANKCARD        ITOT DEP ' | |
| 06-09 | ' Preauthorized Credit | 18,012.09 |
|  | BANKCARD        1TOT DEP | |
| 06-10 | Deposit | 2,012.44 |
| 06-10 | ' Preauthorized Credit | 890.34 |
|  | BANKCARD        MTOT DEP | |
| 06-11 | ' Preauthorized Credit | 2,891.73 |
|  | BANKCARD        MTOT DEP | |
| 06-12 | ' Preauthorized Credit | 2,285.86 |
|  | BANKCARD        TOT DEP | |
| 06-15 | ' Preauthorized Credit | 3,535.12 |
|  | BANKCARD        1TOT DEP | |
| 06-15 | ' Preauthorized Credit | 14,336.94 |
|  | BANKCARD        ITOT DEP | |
| 06-16 | ' Preauthorized Credit | 18,891.48 |
|  | BANKCARD ι      TOT DEP | |
| 06-17 | ' Preauthorized Credit | 10.96 |
|  | BANKCARD        1TOT DEP | |
| 06-18 | ' Preauthorized Credit | 1,288.62 |
|  | BANKCARD        1TOT DEP ' | |
| 06-19 | ' Preauthorized Credit | 5,056.03 |
|  | BANKCARD        ITOT DEP | |
| 06-22 | ' Preauthorized Credit | 1,613.61 |
|  | BANKCARD        MTOT DEP | |



7793

RETURN SERVICE REQUESTED

PRIME SIX INC                                                    Page 6
June 30, 2015

| Date | Description | Additions |
|------|-------------|-----------|
| 06-22 | Preauthorized Credit<br>BANKCARD       MTOT DEP | 11,529.50 |
| 06-23 | Preauthorized Credit<br>BANKCARD       MTOT DEP | 10,263.93 |
| 06-24 | Preauthorized Credit<br>BANKCARD      TOT DEP | 1,197.12 |
| 06-25 | Preauthorized Credit<br>MERCHANT        POSIT | 1,088.35 |
| 06-26 | Online Bnking Tr Cr<br>REF 1771702L FUNDS TRANSFER FRMDEP XXXXX<br>FROM | 2,000.00 |
| 06-26 | Preauthorized Credit<br>MERCHANT BANKCD DEPOSIT | 2,373.11 |
| 06-29 | Preauthorized Credit<br>MERCHANT BANKCD DEPOSIT | 652.05 |
| 06-29 | Preauthorized Credit<br>MERCHANT BANKCD DEPOSIT | 8,220.43 |
| 06-29 | Preauthorized Credit<br>MERCHANT BANKCD DEPOSIT | 10,255.41 |
| 06-30 | Preauthorized Credit<br>MERCHANT BANKCD DEPOSIT | 10,516.55 |

**DAILY BALANCES**

| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|
| 05-31 | 14,344.68 | 06-10 | 19,747.93 | 06-22 | 11,980.52 |
| 06-01 | 15,336.53 | 06-11 | 12,054.66 | 06-23 | 14,394.79 |
| 06-02 | 20,007.87 | 06-12 | 6,785.00 | 06-24 | 6,121.63 |
| 06-03 | 13,636.51 | 06-15 | 17,956.69 | 06-25 | 1,529.10 |
| 06-04 | 12,286.49 | 06-16 | 26,297.86 | 06-26 | 59.88 |
| 06-05 | 12,403.49 | 06-17 | 15,637.58 | 06-29 | 12,070.45 |
| 06-08 | 19,035.75 | 06-18 | 4.47 | 06-30 | 19,597.13 |
| 06-09 | 35,226.89 | 06-19 | 2,699.75 | | |

7793

RETURN SERVICE REQUESTED

PRIME SIX INC                                                   Page 7
June 30, 2015

**OVERDRAFT/RETURN ITEM FEES**

|                           | Total for this period | Total year-to-date |
|---------------------------|-----------------------|--------------------|
| Total Overdraft Fees      | $0.00                 | $865.00            |
| Total Returned Item Fees  | $0.00                 | $0.00              |



*Thank you for banking with Alma Bank*

7793

Account: ........ .
Page: 8



06/10/2015   Deposit   $2,012.44




06/02/2015        $3,779.24






06/03/2015        $2,540.52




06/08/2015        $2,158.14




06/08/2015        $3,794.24



**ALMA BANK**  CHECKING WITHDRAWAL  FBCW-1
DATE 6/16/2015
PRINTED NAME Prime Six Inc.  SIGNATURE
AMOUNT three thousand seven hundred ninety four and 24/100 DOLLARS
ACCOUNT NUMBER  AMOUNT OF WITHDRAWAL
✕  $  3,794.24

Issue a cashier's check in the amount of 3,794.24 on 6/16/2015 payable to

06/16/2015    $3,794.24

**ALMA BANK**  CHECKING WITHDRAWAL  FBCW-1
DATE 6/16/2015
PRINTED NAME Prime Six Inc.  SIGNATURE  ✕
AMOUNT four thousand four hundred forty six and 63/100 DOLLARS
ACCOUNT NUMBER  AMOUNT OF WITHDRAWAL
✕  4,446.63

Issue a cashier's check in the amount of $4,446.63 on 6/16/2015 payable to

06/16/2015    $4,446.63

**ALMA BANK**  CHECKING WITHDRAWAL  FBCW-1
DATE 6/24/15
PRINTED NAME Prime Six Inc  SIGNATURE
AMOUNT four thousand one hundred forty five 37/100 DOLLARS
ACCOUNT NUMBER  AMOUNT OF WITHDRAWAL
✕  $  4145.37

Cashier's check issued for $ 4145 .37 on 6/24/15

06/24/2015    $4,145.37

PRIME SIX INC.  1089
DATE 6/5/15
PAY TO THE ORDER OF  $ 142.50
One hundred forty two 50/100  DOLLARS
**ALMA BANK**
FOR rev 2 18270

06/10/2015   1089   $142.50

Seq: 16
Dep: 031155
Date: 06/08/15

PRIME SIX INC.  1090
DATE 6/5/15
PAY TO THE ORDER OF  $ 116.95
One hundred sixteen 95/100  DOLLARS
**ALMA BANK**
FOR inv # 94/828

06/09/2015   1090   $116.95

7793




06/10/2015   1251   $80.00




06/03/2015   1264   $384.00






06/01/2015   1265   $770.00



06/01/2015   1266   $575.00



06/02/2015   1267   $290.00

06/01/2015   1268   $1,909.00



06/01/2015   1269   $765.00



06/01/2015   1271   $625.00



06/02/2015   1272   $268.00



06/02/2015   1273   $423.00

Account:    .
Page:   12



06/02/2015   1275   $253.00

06/01/2015   1276   $650.00

06/01/2015   1277   $1,000.00



06/09/2015   1278   $750.00



06/01/2015   1279   $2,500.00



06/01/2015   1280   $3,632.00

06/02/2015   1281   $2,500.00

06/03/2015   1282   $105.00

06/09/2015   1283   $258.00

06/09/2015   1284   $240.00

Account:
Page:   14

 

06/04/2015   1285   $330.00

 

06/08/2015   1286   $383.00

 

06/09/2015   1287   $456.00



 

06/03/2015   1288   $330.00

 

06/08/2015   1290   $223.00



06/08/2015  1291  $340.00

06/12/2015  1292  $442.00

06/05/2015  1293  $442.00

06/08/2015  1294  $329.00

06/04/2015  1296  $1,500.00



06/08/2015   1297   $457.00

06/08/2015   1298   $590.00

06/10/2015   1299   $2,000.00

06/10/2015   1300   $5,844.00

06/05/2015   1301   $500.00



06/05/2015   1302   $1,000.00

06/10/2015   1303   $1,555.00

06/11/2015   1304   $4,725.00

06/12/2015   1305   $792.09

06/16/2015   1306   $108.54




06/25/2015   1307   $399.83




06/10/2015   1308   $1,000.00




06/10/2015   1309   $1,500.00






06/15/2015   1310   $720.00




06/19/2015   1311   $522.22



06/11/2015   1312   $300.00

06/25/2015   1313   $154.00

06/15/2015   1314   $1,520.37

06/10/2015   1315   $750.00

06/16/2015   1316   $1,447.90




06/12/2015   1317   $2,000.00




06/15/2015   1319   $135.00






06/16/2015   1320   $202.00




06/11/2015   1321   $278.00



06/15/2015   1322   $315.00



06/12/2015    1323    $375.00

06/12/2015    1324    $397.00

06/23/2015    1326    $298.00

06/10/2015    1327    $259.00

06/12/2015    1328    $307.00




06/16/2015   1329   $436.00




06/18/2015   1331   $287.00




06/10/2015   1332   $960.00






06/10/2015   1333   $440.00



06/12/2015   1334   $325.00



06/18/2015   1335   $427.00

06/12/2015   1336   $1,230.00

06/11/2015   1337   $572.00

06/11/2015   1338   $2,900.00

06/11/2015   1339   $1,810.00



06/15/2015   1340   $750.00

06/15/2015   1341   $260.00

06/15/2015   1342   $3,000.00



06/23/2015   1344   $405.78



06/19/2015   1345   $556.15

Account:
Page:   25



06/17/2015   1346   $293.02

06/17/2015   1347   $492.75

06/23/2015   1348   $673.60

06/18/2015   1349   $546.46

06/29/2015   1350   $51.02

Account:
Page:   26




06/18/2015   1351   $380.61




06/22/2015   1352   $486.65






06/25/2015   1353   $432.33




06/18/2015   1354   $506.41




06/17/2015   1355   $737.47



06/18/2015   1357   $357.02

06/19/2015   1358   $800.00

06/17/2015   1359   $637.00

06/19/2015   1360   $192.52

06/17/2015   1361   $750.00




06/17/2015   1362   $1,000.00




06/17/2015   1363   $1,000.00




06/22/2015   1364   $2,025.00






06/17/2015   1365   $1,328.00



06/18/2015   1366   $6,437.00



06/22/2015   1367   $750.00

06/22/2015   1368   $435.15

06/22/2015   1369   $165.54

06/18/2015   1370   $4,000.00



06/17/2015   1371   $140.00






06/18/2015   1372   $1,137.00




06/19/2015   1373   $287.86




06/24/2015   1374   $3,884.00






06/29/2015   1376   $396.15



For Deposit Only - JPMC

06/26/2015   1377   $128.22

Account:
Page:  31



06/24/2015   1378   $258.72

06/25/2015   1379   $287.81

06/26/2015   1380   $380.95

06/30/2015   1381   $253.00

06/26/2015   1382   $593.16

Account:
Page:    32

 

06/24/2015    1383    $235.73

 

06/25/2015    1384    $428.00

 



06/29/2015    1385    $499.96

 

06/30/2015    1386    $502.76

 

06/25/2015    1387    $510.00



06/24/2015   1388   $240.46

06/23/2015   1389   $737.47

06/25/2015   1390   $381.32

06/26/2015   1391   $700.00

06/24/2015   1392   $706.00



06/30/2015   1393   $750.00



06/25/2015   1394   $750.00






06/23/2015   1395   $1,000.00



06/26/2015   1396   $4,040.00




06/23/2015   1398   $1,185.00

Account:
Page:   35



06/29/2015   1399   $504.93

06/29/2015   1400   $236.79

06/23/2015   1402   $3,000.00

06/29/2015   1403   $428.47

06/29/2015   1404   $5,000.00

Account:
Page:   36




06/30/2015   1426   $1,000.00




06/04/2015                $732.58




06/25/2015   8174797   $619.64



# RECONCILEMENT OF ACCOUNT
## PLEASE REPORT ANY ERRORS PROMPTLY

### CHECKS OUTSTANDING

**If your account does not balance, please check the following carefully.**

o  Have you correctly entered the amount of each check in your checkbook register?

o  Are the amounts of your deposits entered in your check book register the same as those shown on the images of deposit slips received with your statement?

o  Have all checks/card transactions been deducted from your check book balance?

o  Have you checked all additions and subtractions in your check book register?

o  Have you carried the correct balances forward when writing checks or entering deposits?

| NUMBER | AMOUNT | |
|--------|--------|--|
| | $ | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **TOTAL** | $ | |

Bank Balance
From Statement

$_____

Add: Deposits NOT Included
In This Statement

$_____

Total:     $_____

Less: Checks/Card
Transactions Outstanding

$_____

Revised Bank Balance

$_____

Check Book Balance

$_____

---

### EXPLANATION OF BALANCE ON WHICH FINANCE CHARGE IS COMPUTED

We calculate the FINANCE CHARGE on your account by multiplying the daily balance of your account including current transactions, by the daily periodic rate each day during the billing cycle. This gives us a daily finance charge. Then we add together each daily finance charge to derive a total FINANCE CHARGE for the billing cycle. To get the daily balance on which each daily finance charge is computed, we take the beginning of your account each day, add any new advances and subtract any payments or credits and unpaid finance charges. To validate the amount of your finance charge multiply the number of days in the billing cycle by the average daily balance shown, then multiply the product by the daily periodic rate.

**\*Note:** If the statement closing date falls on a Friday or on any business day immediately prior to a non-business day, the number of days in the billing cycle will include the subsequent number of non-business days until the next business day, and the finance charge will continue to accrue. However, the number of days in the next billing cycle will not include any days included in the prior cycle.

### FOR CONSUMER LOAN ACCOUNTS ONLY- BILLING RIGHTS SUMMARY

**In case of Errors or Questions About Your Account Statement**

If you think your statement is wrong, or if you need more information about a transaction on your statement, write us on a separate sheet at the address shown on the face of this statement as soon as possible. We must hear from you no later than 60 days after we send you the FIRST statement on which the error or problem appeared. You can telephone us but doing so will not preserve your rights. In your letter, include the following information:

      (1) Your name and account number

      (2) The dollar amount and the date of the suspected error

      (3) Describe the error and explain if you can, why you believe there is an error. You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your statement that are not in question. While we investigate your question, we cannot report you as delinquent or take action to collect the amount you question.

### FOR CONSUMER ACCOUNTS ONLY - IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS

If you need more information about an electronic transfer appearing on this statement or if you think your statement or receipt is wrong, please telephone or write us as soon as possible at the phone number or address designated on the front of this statement. We must hear from you no later than 60 days after we send you the FIRST statement on which the error or problem appeared. In your letter include the following:

      (1) Your name and account number.

      (2) Describe the error or the transfer you are unsure about, and explain as best as you can why you believe there is an error or why you need more information.

      (3) The dollar amount and the date of the suspected error

We will investigate your complaint and will correct any error promptly. We require that you provide written notice of any alleged error within 10 business days of any oral notice. If we take more than 10 business days to do this, we will re-credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation. If you would like to confirm that an automatic deposit to your account has been made as scheduled, you may call us during normal business hours at the phone number designated on the front of this statement.



EQUAL HOUSING
LENDER

**Member FDIC**

20150129 MKT OPS COM 01